UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BROTHERS PETROELUM, LLC, Plaintiff | * * * | CIVIL ACTION |
| | | NO. 2:17-cv-6713 |
| VERSUS | * * | |
| | | JUDGE CARL J. BARBIER |
| WAGNERS CHEF, LLC; JADALLAH ENTERPRISES, LLC; AHMED 1, LLC; WAGNER WORLD, LLC; EMPIRE EXPRESS, LLC; and FIRST NBC BANK | * * * * * | MAGISTRATE JANIS VAN MEERVELD |

**************************************

## PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendants, Wagners Chef LLC ("Wagners Chef"), Jadallah Enterprises, LLC ("Jadallah Enterprises") and Ahmed 1, LLC ('Ahmed 1")(collectively "Defendants") submit the following Preliminary Witness and Exhibit Lists as per the Scheduling Order issued in this case (Rec. Doc. 73). As discovery in this matter is continuing, the Defendants reserve the right to amend and/or supplement these lists.

**I.      WITNESS LIST:**

Defendants may call the following persons as witnesses at the trial of this matter:

A. Jadallah Saed;

B. Representative(s) of Jadallah Enterprises;

C. Representative(s) of Ahmed 1;

D. Representative(s) of Wagners Chef;

E. Representative(s) of Brothers Petroleum, LLC ("Brothers");

F. Representative(s) of Empire Express, LLC;

G. Representative(s) of Wagner World, LLC;

H. Nashat Haider;

I. Imad "Eddie" Hamdan;

J. Omar Hamdan;

K. Fatmah Hamdan;

L. Ziad Odeh Mousa;

M. Robert G. Harvey, Sr.;

N. Any person identified as a potential witness by any other party in this matter;

O. Any person identified in documents produced in discovery in this matter, including but not limited to documents produced by third parties in response to subpoenas;

P. Any persons identified in discovery responses by the parties exchanged in this matter;

Q. Any person necessary to authenticate any documents in this matter; and,

R. Any person necessary on rebuttal in this matter.

**II.     EXHIBIT LIST:**

Defendants may seek to introduce the following exhibits into record during the trial of this matter:

A. Documents pertaining to the purchase of both the membership interest in, and assets of, Wagners Chef by Jadallah Saed, and others, in 2012.

B. All documents pertaining to the lease of the subject property by Wagner World, LLC to Wagners Chef, LLC.

C. All documents pertaining to the purchase of the subject property by Jadallah Enterprises;

D. All documents pertaining to the lease of the subject property by Jadallah Enterprises to Ahmed 1;

E. All documents pertaining to the sublease of the subject property by Ahmed 1 to Wagners Chef;

F. All documents pertaining to the sublease of the subject property by Ahmed 1 to Empire Express, LLC;

G. All documents pertaining to the sale of the assets of Wagner Chef to Empire Express, LLC;

H. All documents pertaining to the alcohol sales permits, including applications for same, related to Wagners Chef;

I. All documents pertaining to any outstanding tax liability of Wagners Chef, including any tax liens and correspondence with the Internal Revenue Service and the Louisiana Department of Revenue;

J. Documents pertaining to the criminal proceeding pending in the United States District Court for the Eastern District of Louisiana captioned *United States v. Imad Faiez Hamdan and Ziad Oheh Mousa*, Cause of Action No. 09-060.

K. Any document submitted by any party as an exhibit to any motion, memorandum or trial in this matter or in the parallel matter pending in the Civil District Court for the Parish of Orleans, Cause of Action No. 2014-07135 (hereafter "CDC Litigation");

L. Any document required for rebuttal;

M. Any document produced in discovery in this matter or in the CDC Litigation, including but not limited to documents obtained by any party from third parties through subpoenas; and,

N. Any document listed as a potential exhibit by any other party in this matter.

Respectfully Submitted,

**ELKINS, P.L.C.**

_/s/ Thomas M. Beh_
THOMAS M. BEH (#24018)
201 St. Charles Ave., Ste. 4400
New Orleans, LA 70170
Telephone (504) 529-3600
Facsimile (504) 529-7163
tbeh@elkinsplc.com

Attorneys for Wagners Chef LLC, Jadallah Enterprises LLC, and Ahmed 1 LLC

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon all counsel of record, including the following, by the Court ECF System, facsimile and/or U.S. Mail, postage prepaid and properly addressed, this 28st day of June, 2019.

    Joseph V. DiRosa, Jr.
    329 North Woodlawn Avenue
    Metairie, LA 70001

                                       */s/ Thomas M. Beh*
                                        Thomas M. Beh