1       UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF LOUISIANA
2

3   ****************************************************************

4   BROTHERS PETROLEUM, LLC

5                               CIVIL ACTION NO. 17-6713 "J"
        VERSUS                  NEW ORLEANS, LOUISIANA
6                               MONDAY, SEPTEMBER 23, 2019, 8:30 A.M.

7   WAGNERS Chef, LLC,
    JADALLAH ENTERPRISES, LLC,
8   AHMED 1, LLC, WAGNER WORLD,
    LLC, EMPIRE EXPRESS, LLC,
9   AND LNV CORPORATION

10  ****************************************************************

11
                              **DAY 1**
12          TRANSCRIPT OF JURY TRIAL PROCEEDINGS
        HEARD BEFORE THE HONORABLE JANIS VAN MEERVELD
13              UNITED STATES MAGISTRATE JUDGE

14
    APPEARANCES:
15

16  FOR THE PLAINTIFF:          JOSEPH VINCENT DIROSA, JR.
                                ATTORNEY AT LAW
17                              329 NORTH WOODLAWN AVENUE
                                METAIRIE, LA  70001
18

19  FOR THE DEFENDANTS:         ELKINS, PLC
                                BY:  THOMAS M. BEH, ESQUIRE
20                              201 ST. CHARLES AVENUE, SUITE 4400
                                NEW ORLEANS, LA  70170
21

22  OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                500 POYDRAS STREET, ROOM B-275
23                              NEW ORLEANS, LA  70130
                                (504) 589-7779
24                              Cathy_Pepper@laed.uscourts.gov

25  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

                        *OFFICIAL TRANSCRIPT*

08:17:37

**I N D E X**

<u>PAGE</u>

VOIR DIRE EXAMINATION OF THE VENIRE................... 3

JURY SELECTED........................................ 41

PRELIMINARY JURY INSTRUCTIONS........................ 42

*OFFICIAL TRANSCRIPT*

1          **P-R-O-C-E-E-D-I-N-G-S**

2          M O R N I N G   S E S S I O N

08:17:37 3          MONDAY, SEPTEMBER 23, 2019

08:17:37 4          (COURT CALLED TO ORDER)

08:17:37 5

08:27:06 6

08:27:06 7          THE DEPUTY CLERK:  All rise.

08:27:20 8          THE COURT:  Good morning.  Have a seat.

08:27:32 9               Call the case, please.

08:27:37 10          THE DEPUTY CLERK:  Civil Action, 17-6713,

08:27:41 11 Brothers Petroleum, L.L.C. versus Wagners Chef L.L.C., et al.

08:27:45 12          THE COURT:  Counsel for plaintiffs, ready?

08:27:49 13          MR. DIROSA:  Yes, ma'am.

08:27:50 14          THE COURT:  Counsel for defense?

08:27:51 15          MR. BEH:  Yes, ma'am.

08:27:52 16               VOIR DIRE EXAMINATION OF THE VENIRE

08:27:52 17          THE COURT:  All right.  Great.  Thank you.

08:27:54 18               All right.  Good morning to our jurors,

08:27:57 19 prospective jurors.  Thank you for being here.  We're now going

08:28:00 20 to hold what is called the *voir dire examination.*

08:28:04 21               Would you please administer the oath to the

08:28:10 22 venire.

08:28:18 23          THE DEPUTY CLERK:  Please raise your right hand.  Do

08:28:18 24 you solemnly swear that you will make true and perfect answers

08:28:18 25 to all questions that shall be propounded to you, touching your

*OFFICIAL TRANSCRIPT*

08:28:18 1  qualification and competency to sit as a juror in this case, so

08:28:18 2  help you God?

08:28:31 3        VOICES: I do.

08:28:31 4        THE COURT: All right. Have a seat.

08:28:35 5        My name Janis van Meerveld. I'm a federal

08:28:39 6  magistrate judge here in the court. I am not going to be your

08:28:42 7  trial judge. Starting tomorrow, for those of you who get

08:28:46 8  picked as jurors, you'll be back here with the district judge,

08:28:49 9  Carl Barbier, who was unable to be present today, but to keep

08:28:53 10  everything on track and to work efficiently, which is a high

08:28:56 11  priority in federal court, I'm going to pick the jury today,

08:29:00 12  and then those jurors will return tomorrow ready to start the

08:29:03 13  actual trial. Judge Barbier will then preside over that trial,

08:29:08 14  which is expected to last three to four days.

08:29:12 15        I want to tell you a little bit, just a very

08:29:15 16  little bit, so listen carefully, but if it's confusing, know

08:29:19 17  that all of it will play out and make a lot more sense later if

08:29:22 18  you're picked as a juror, but this is what the case is about:

08:29:25 19        This is a civil case, not a criminal case,

08:29:28 20  brought by the plaintiff, Brothers Petroleum, L.L.C. -- I'll

08:29:34 21  call them *Brothers* -- against defendants, Wagners Chef, L.L.C.;

08:29:39 22  Jadallah Enterprises, L.L.C.; and Ahmed 1, L.L.C. I'll just

08:29:44 23  call them *Wagners Chef*.

08:29:47 24        Brothers had a contract to supply motor fuel to a

08:29:52 25  gas station owned and operated by Wagners Chef. Brothers, the

*OFFICIAL TRANSCRIPT*

08:29:56 1  plaintiff, alleges that Wagners Chef enter into a series of

08:29:59 2  transactions with Jadallah Enterprises and Ahmed 1 designed to

08:30:03 3  protect Wagners Chef from its liability to Brothers by

08:30:08 4  depleting Wagners Chef's assets and, thus, to prevent Brothers

08:30:12 5  from collecting damages from Wagners Chef.

08:30:15 6  At the time of these transactions, Jadallah Saed

08:30:20 7  owned 100 percent interest in each of the defendant companies.

08:30:25 8  Brothers contends that these actions violated the Louisiana

08:30:33 9  Unfair Trade Practices Act, which you will sometimes hear

08:30:36 10  referred to as *LUTPA* by its acronym, Louisiana Unfair Trade

08:30:38 11  Practices Act.

08:30:40 12  Defendants, Wagners Chef, Jadallah Enterprises,

08:30:42 13  and Ahmed 1, deny any violation of LUTPA, the Louisiana Unfair

08:30:48 14  Trade Practices Act, and contends that its transactions were

08:30:51 15  valid, economically reasonable transactions undertaken for

08:30:56 16  legitimate business purposes and did not violate any law.

08:31:01 17  Both the plaintiff and the defendant in this case

08:31:04 18  have a right to have the case tried by qualified and fair and

08:31:09 19  impartial jurors.  A qualified and impartial jury is one which

08:31:14 20  is responsible and capable and which will without fear, favor,

08:31:21 21  bias, prejudice, sympathy, or passion hear and decide the

08:31:26 22  issues to be tried objectively and one which will render its

08:31:31 23  verdict based solely on the evidence presented at the trial and

08:31:35 24  the law applicable to the case as given to the jury by the

08:31:39 25  Court.

*OFFICIAL TRANSCRIPT*

It is the law that a juror's qualifications and impartiality may not be assumed without inquiry. This inquiry which is about to be made is known as the *voir dire examination*. It is a time-honored process by which the qualifications and impartiality of you as prospective jurors may be determined. Its purpose is to develop the whole truth concerning the competency of each prospective juror, his or her frame of mind and ability to do his or her sworn duty in accordance with the juror's oath.

The answers to the questions to be put to you by the Court will not only enable the Court to determine whether any of you should be excused for cause either on the Court's own motion or when challenged for cause by any party, but it will allow for the counsel for the parties to make intelligent use of peremptory challenges. Those are challenges which the law gives the parties and which may be assigned without assigning any reason to it.

You should understand, therefore, that it is expected of you that your answers to the questions propounded should be complete and truthful. Each juror is required to disclose upon a general question any matters which might tend to disqualify you for any reason from sitting on the case.

False or misleading answers may result in the seating of a juror who might have been discharged by the Court for cause or stricken through the exercise of a peremptory

08:33:16 1  challenge and could result in a miscarriage of justice.

08:33:19 2  Although the questions will be addressed to all of you

08:33:23 3  collectively, they will be considered as directed to and are to

08:33:27 4  be answered by each of you individually.

08:33:31 5  I'm now going to examine you as to certain areas

08:33:35 6  of inquiry which I have selected to ask you and some of which

08:33:39 7  questions the parties have asked me to ask you.  If you've ever

08:33:44 8  served in state court, sometimes you've seen the lawyers do the

08:33:47 9  voir dire.  In federal court mostly the judges do it

08:33:50 10 themselves, and that's how we're going to do it today.  At the

08:33:53 11 end of my questioning, I'm going to invite counsel for both the

08:33:57 12 plaintiff and the defendant to come up to see if they wish to

08:33:59 13 ask me to ask you any further questions.

08:34:02 14 All right.  So when I call on you, if your answer

08:34:06 15 is "yes," please raise your hand and then state your number and

08:34:11 16 your name.

08:34:13 17 First question:  Do any of you have difficulties

08:34:17 18 reading, writing, speaking, or understanding the English

08:34:21 19 language?

08:34:30 20 Yes, sir.  If you would please stand and give me

08:34:31 21 your name and number.

08:34:33 22 PROSPECTIVE JUROR 10:  Yes.  My name is Troy LaFrance.

08:34:37 23 I'm Number 10.  The only issue I have is I'm very hard of

08:34:40 24 hearing, and I can't comprehend all the words that are being

08:34:43 25 said.

**OFFICIAL TRANSCRIPT**

08:34:44  1      THE COURT:  Okay.  I see you straining a little bit

08:34:49  2  with me already this morning.  Would it help you if I spoke up

08:34:54  3  perhaps?  Is that better?

08:34:55  4      PROSPECTIVE JUROR 10:  Yes.  It's louder.  Yes.

08:34:57  5      THE COURT:  Even then is it difficult, sir?

08:34:59  6      PROSPECTIVE JUROR 10:  I get words confused.  The

08:35:01  7  meaning.  Like, I don't want to have the wrong meaning of

08:35:04  8  what's being said.

08:35:06  9      THE COURT:  I don't mean to get too personal with you,

08:35:08 10  and if you would like, you can come up and talk to me and the

08:35:11 11  lawyers about it at the bench, instead of --

08:35:14 12      PROSPECTIVE JUROR 10:  It's just hearing impaired,

08:35:16 13  that's all.

08:35:17 14      THE COURT:  Okay.  All right.  Then the meaning is a --

08:35:19 15  having difficulty with the meanings is a function of the

08:35:22 16  hearing issue, sir?

08:35:24 17      PROSPECTIVE JUROR 10:  Yes, ma'am.

08:35:29 18      THE COURT:  Okay.  All right.  Thank you, sir.  You may

08:35:31 19  sit down.

08:35:34 20           Yes, ma'am.  Name and number.

08:35:36 21      PROSPECTIVE JUROR 12:  Debra Kliebert.  The only thing

08:35:40 22  I have, like --

08:35:40 23      THE COURT:  Yes, ma'am.  Hold on for the microphone.

08:35:42 24      PROSPECTIVE JUROR 12:  My name is Debra Kliebert.  The

08:35:45 25  only thing I have, like, I'm a little hard of hearing, and,

*OFFICIAL TRANSCRIPT*

08:35:47 1  like, sometime when people's, like, talking, I really don't

08:35:51 2  understand everything they're talking about.

08:35:52 3      THE COURT:  The same question for you then, ma'am, is

08:35:55 4  that because you're hard of hearing that you're having trouble

08:35:57 5  understanding or is it some other medical issue?

08:36:00 6      PROSPECTIVE JUROR 12:  It's just like if I'm nervous,

08:36:02 7  my body starts, like, to shut down, you know, and I feel like I

08:36:06 8  want to faint sometime.  It's just I'm on nerve pills, and it's

08:36:10 9  just I have, you know, just trouble understanding.

08:36:14 10      THE COURT:  All right.  Are you nervous right now?

08:36:16 11      PROSPECTIVE JUROR 12:  I've been nervous since I found

08:36:18 12  out I got picked.

08:36:19 13      THE COURT:  All right.  Let's take a deep breath.  The

08:36:22 14  only people that need to be nervous really are the lawyers

08:36:25 15  because they are doing their job.

08:36:26 16      PROSPECTIVE JUROR 12:  I get real hot and then I get

08:36:30 17  real nervous like I can't breathe sometimes.

08:36:33 18      THE COURT:  Okay.  When that happens, do you tend to

08:36:40 19  settle down?  If I check with you again in an hour, is there a

08:36:44 20  good chance that now that you've sort of gotten used to the

08:36:47 21  room and you see that you're not on the hot seat for anything,

08:36:53 22  might you relax and be able to do your job as a juror?

08:36:56 23      PROSPECTIVE JUROR 12:  I can try my best but it's just

08:36:59 24  like, when sometime people is talking about something, I really

08:37:03 25  don't understand a lot.  It's like I'm not saying, you know,

*OFFICIAL TRANSCRIPT*

08:37:06 1   it's just, I get, like, I don't know what you want to call it,

08:37:10 2   I just don't understand, everything.

08:37:12 3         THE COURT: All right. Thank you for that, ma'am.

08:37:13 4   Thank you.

08:37:26 5           All right. Does anybody else wish to answer that

08:37:30 6   question with a "yes"? Any difficulty reading, writing,

08:37:34 7   speaking, or understanding the English language?

08:37:39 8           All right. Let the record reflect no other hands

08:37:41 9   went up.

08:37:41 10          We've identified a couple of hearing issues, but

08:37:46 11   for the rest of the group, does anybody have difficulty hearing

08:37:50 12   or seeing to the degree that it might impact your ability to

08:37:54 13   serve as a juror, to listen to the witnesses, to listen to the

08:37:59 14   lawyers, to review any documents that might be projected on the

08:38:03 15   screens?

08:38:04 16         You have these screens in front of you, and they

08:38:08 17   are used, so it's not like you have to see all the way across

08:38:11 18   the room. Whatever documents you'll be looking at will be put

08:38:14 19   up on those monitors. Does anybody have such a problem that we

08:38:17 20   should know about because it might impact your ability to be a

08:38:21 21   fair and thorough juror?

08:38:25 22         Yes, sir. The same answer with regard to

08:38:28 23   hearing. That's Juror Number 10; is that correct, sir?

08:38:35 24         PROSPECTIVE JUROR 10: Yes, ma'am.

08:38:35 25         THE COURT: Thank you.

08:38:39 1          Okay.  For the entire group, have you ever served

08:38:41 2     before as a juror in a civil or criminal case or as a member of

08:38:46 3     a grand jury either in federal or state court?  Yeah, I would

08:38:55 4     expect some "yes" answers to that.

08:38:57 5          Let's start over here in the jury box.  Could you

08:38:59 6     bring the microphone to the lady in the orange.

08:39:02 7          Name and number, please.

08:39:06 8          PROSPECTIVE JUROR 5:  Susan Perry, Number 5.

08:39:09 9          THE COURT:  Thank you, ma'am.  Have you been a grand

08:39:12 10    juror or a regular juror?

08:39:14 11         PROSPECTIVE JUROR 5:  Regular juror in district court.

08:39:17 12         THE COURT:  Here in the Eastern District?

08:39:20 13         PROSPECTIVE JUROR 5:  In Jefferson Parish.

08:39:22 14         THE COURT:  In Jefferson Parish.  Okay.  What kind of a

08:39:24 15    case was it?

08:39:26 16         PROSPECTIVE JUROR 5:  It was insurance.

08:39:28 17         THE COURT:  All right.  Was there anything about your

08:39:33 18    jury experience that would make you an unfair or less than

08:39:44 19    stellar juror in this case?

08:39:47 20         PROSPECTIVE JUROR 5:  No, I don't think so.

08:39:48 21         THE COURT:  Do you remember what the verdict was in

08:39:50 22    that case?

08:39:52 23         PROSPECTIVE JUROR 5:  Well, it was a car accident where

08:39:55 24    the -- they were asking for damages against an insurance

08:40:03 25    company.

                              *OFFICIAL TRANSCRIPT*

08:40:04 1      THE COURT:  How did the jury find?

08:40:06 2      PROSPECTIVE JUROR 5:  We awarded some damages.

08:40:09 3      THE COURT:  Okay.  All right.  Thank you.

08:40:12 4          There was another hand over here.

08:40:15 5      PROSPECTIVE JUROR 24:  Peggy Murphy, Number 24.  It was

08:40:20 6 a criminal case in Maryland probably 25 years ago, and I was

08:40:24 7 the alternate, so I never got to decide.

08:40:27 8      THE COURT:  Okay.  Was there anything about your jury

08:40:29 9 experience, ma'am, that we should know about?  It was

08:40:34 10 particularly bad in any way or frustrating?

08:40:38 11      PROSPECTIVE JUROR 24:  No.

08:40:40 12      THE COURT:  Okay.  All right.  Thank you.

08:40:41 13      PROSPECTIVE JUROR 16:  Cynthia Crain.  I served as

08:40:51 14 juror several years ago in Covington for the Parish of

08:40:53 15 St. Tammany.  It was a criminal case.

08:40:55 16      THE COURT:  All right.  Hold on one second.  You're

08:40:58 17 Number 16, ma'am?

08:40:59 18      PROSPECTIVE JUROR 16:  Yes, ma'am.

08:41:02 19      THE COURT:  Okay.  Tell me again.  It was a criminal

08:41:05 20 case --

08:41:07 21      PROSPECTIVE JUROR 16:  Yes, ma'am.  It was a sex

08:41:09 22 offender case.

08:41:10 23      THE COURT:  All right.  How did the jury vote?

08:41:12 24      PROSPECTIVE JUROR 16:  Guilty.

08:41:13 25      THE COURT:  Anything we should know about your jury

*OFFICIAL TRANSCRIPT*

08:41:18  1    experience because it might impact how you view this trial?

08:41:23  2            PROSPECTIVE JUROR 16:  No, ma'am.

08:41:24  3            THE COURT:  Was it a good experience?

08:41:27  4            PROSPECTIVE JUROR 16:  Yes, ma'am.

08:41:28  5            THE COURT:  Yes, so all of you who probably woke up

08:41:30  6    this morning dreading being picked, almost everybody who serves

08:41:35  7    on a jury is really glad they did when it's over.  It's a

08:41:39  8    pretty unique civic responsibility, and most people find it

08:41:41  9    very rewarding, so I encourage you to keep an open mind about

08:41:45 10    the process, and then you have the added benefit here of this

08:41:48 11    being a pretty short trial.

08:41:50 12            Thank you, Ms. Crain.

08:41:52 13            Anybody else?  I'm surprised there are only three

08:41:54 14    people who have ever served on a jury before.

08:41:57 15            Okay.  Let the record reflect no other hands went

08:42:01 16    up.

08:42:09 17            All right.  I'm going to ask the defendants'

08:42:15 18    attorney first to stand and give his name, the name of his law

08:42:19 19    firm, and the names of his clients, both by corporations and

08:42:23 20    individuals.

08:42:23 21            MR. BEH:  Good morning.  My name is Thomas Beh.  I work

08:42:27 22    with Elkins, PLC, here in New Orleans.  My clients are three

08:42:33 23    limited liability companies, Wagner Chef, L.L.C. --

08:42:36 24            THE COURT:  I'm sorry.  Let me interrupt.  Can we hand

08:42:38 25    him a microphone too.  I want to be sure that all the

*OFFICIAL TRANSCRIPT*

08:42:41 1  prospective jurors can hear him loud and clear.

08:42:45 2          If you would start over, Mr. Beh.  I'm sorry.

08:42:46 3          MR. BEH:  Good morning.  My name is Tom Beh.  I work

08:42:51 4  for Elkins, PLC, here in New Orleans.  My clients in this

08:42:54 5  matter are the defendants Wagner Chef, L.L.C.;

08:42:59 6  Jadallah Enterprises, L.L.C.; and Ahmed 1, L.L.C.; all of which

08:43:03 7  are owned 100 percent by Jadallah Saed, who is sitting next to

08:43:08 8  me.

08:43:10 9          THE COURT:  All right.  Did everybody hear those names

08:43:12 10 loud and clear?

08:43:13 11          Yes.  I'm getting a lot of nods.

08:43:15 12          Do any of you know any of the defendants or the

08:43:19 13 attorneys that were just named?

08:43:23 14          All right.  I have no affirmative answers.

08:43:29 15          All right.  For plaintiff, if you would take the

08:43:31 16 microphone, plaintiff's attorney, please stand, give your name,

08:43:34 17 the name of your law firm, the names of your client by

08:43:39 18 corporations and any individuals, if appropriate.

08:43:41 19          MR. DIROSA:  My name is Joseph DiRosa.  I am not with a

08:43:46 20 law firm.  My client is Brothers Petroleum, L.L.C.  It's a

08:43:53 21 limited liability company, and it's owned a hundred percent by

08:43:56 22 Mr.  Eddie Hamden, who is sitting next to me.

08:44:02 23          THE COURT:  Do any of you know this lawyer or his

08:44:05 24 client?  All right.  Or have any affiliation with

08:44:12 25 Brothers Petroleum?

*OFFICIAL TRANSCRIPT*

08:44:14 1         All right.  There are no affirmative answers.

08:44:17 2         Have any of the counsel in this case or any

08:44:20 3 members of their firm, which was Elkins, PLC, for the

08:44:26 4 defendants, acted as your attorney in any legal matter or as

08:44:29 5 the attorney for any member of your immediate family to the

08:44:31 6 best of your knowledge?

08:44:34 7         All right.  No.

08:44:36 8         Do you know or are you related to by blood or

08:44:41 9 marriage any other person in the courtroom today?

08:44:46 10         No.

08:44:47 11         All right.  You will be hearing from some

08:44:50 12 witnesses that we expect to testify in connection with this

08:44:54 13 case.  Mr. DiRosa, would you please identify slowly and clearly

08:44:59 14 the names of all witnesses you intend to call.

08:45:02 15      MR. DIROSA:  Eddie Hamden, Steven Longo,

08:45:10 16 Connie Kliendorf, David Sewell, and Jadallah Saed.

08:45:20 17      THE COURT:  To the prospective jurors, do you know any

08:45:24 18 of those witnesses?

08:45:24 19         (No verbal response).

08:45:29 20         Have you or to your knowledge has a member of

08:45:30 21 your immediate family ever been associated with any those

08:45:33 22 witnesses in any manner?

08:45:33 23         (No verbal response).

08:45:39 24         All right.  Mr. Beh, would you please do the same

08:45:40 25 thing on the defense side, identifying slowly and clearly all

08:45:44 1    the witnesses you intend to call?

08:45:46 2         MR. BEH: Yes, ma'am. I intend to call Jadallah Saed,

08:45:52 3    Nashat Haider, and David Sewell.

08:45:54 4         THE COURT: All right. Do any of you know any of those

08:45:58 5    individuals or have you or any member of your family, to the

08:46:01 6    best of your knowledge, had any dealings with them whatsoever?

08:46:06 7         (No verbal response).

08:46:06 8         Okay. Thank you.

08:46:09 9         Do any of you have any information about the

08:46:12 10   facts of this based on that description that I gave you just a

08:46:17 11   few minutes ago? Have you read anything about it? Have you

08:46:20 12   heard any discussions about it?

08:46:26 13        (No verbal response.)

08:46:26 14        Has anybody ever talked to you about this case?

08:46:31 15        (No verbal response.)

08:46:31 16        Do you have any opinion whatsoever about this

08:46:34 17   case?

08:46:37 18        (No verbal response.)

08:46:37 19        Have any of you worked in the oil distribution

08:46:43 20   business or gas distribution business, in other words, selling

08:46:49 21   gas to stores? So, not if you're an engineer at Shell Oil or

08:46:55 22   something, but if you have worked in the oil or gas

08:46:58 23   distribution business.

08:47:00 24        I saw a hand in the back row. Name and number,

08:47:03 25   please, sir.

**OFFICIAL TRANSCRIPT**

08:47:04 1          PROSPECTIVE JUROR 15:  Dennis Schmit, Juror 15.  I

08:47:11 2   worked for Murphy Oil 22 years and retired from there, so did

08:47:16 3   some distribution but actually just refined oil, so. . . .

08:47:20 4          THE COURT:  So you were in the refinery, sir?

08:47:22 5          PROSPECTIVE JUROR 15:  Yes, ma'am.

08:47:23 6          THE COURT:  All right.  Did you have any dealings with

08:47:25 7   either Brothers Petroleum or Wagners Chef in that capacity?

08:47:29 8          PROSPECTIVE JUROR 15:  No.

08:47:31 9          THE COURT:  Okay.  Thank you.

08:47:38 10          All right.  Anybody else need to answer the oil

08:47:39 11   distribution question in the affirmative?

08:47:44 12          No.

08:47:44 13          Okay.  Some of the witnesses and parties in this

08:47:50 14   case are legal, that's legal, immigrants to the United States,

08:47:56 15   meaning they have been granted permanent residence status by

08:48:00 16   the federal government but they are not citizens.  Would this

08:48:04 17   influence your treatment of them?

08:48:09 18          (No verbal response.)

08:48:10 19          Does anyone believe that legal residents are not

08:48:15 20   entitled to the same fair treatment as citizens?

08:48:26 21          PROSPECTIVE JUROR 18:  I do.

08:48:27 22          THE COURT:  Yes, sir, name and number.

08:48:29 23          PROSPECTIVE JUROR 18:  Number 18, David Burridge,

08:48:33 24   Number 18.

08:48:34 25          THE COURT:  Okay.  Mr. Burridge, what is your concern

*OFFICIAL TRANSCRIPT*

08:48:36 1  about trying a case where legal residents are in the -- are

08:48:39 2  some of the parties?

08:48:41 3      PROSPECTIVE JUROR 18:  Legal residents or citizens?

08:48:43 4      THE COURT:  These are legal residents.  The question is

08:48:48 5  do you believe that legal residents are not entitled to the

08:48:51 6  same fair treatment as citizens?

08:48:55 7      PROSPECTIVE JUROR 18:  Correct.

08:48:55 8      THE COURT:  All right.  Tell me about that.

08:48:56 9      PROSPECTIVE JUROR 18:  I believe a citizen of the

08:48:59 10 United States is more -- I don't know, that's my feeling.

08:49:03 11 Someone from another country just comes here and lives and

08:49:06 12 isn't a citizen shouldn't have the same rights that a citizen

08:49:13 13 has.

08:49:14 14     THE COURT:  All right.  If you were weighing the

08:49:17 15 interests of a citizen against a legal resident, you would be

08:49:20 16 more inclined to sympathize or agree with the citizen?

08:49:25 17     PROSPECTIVE JUROR 18:  Correct.

08:49:26 18     THE COURT:  What if it was legal resident versus legal

08:49:30 19 resident?  There were no citizens involved?

08:49:32 20     PROSPECTIVE JUROR 18:  I mean, yeah, I guess it

08:49:35 21 wouldn't be -- it would be about the same then.  It would be

08:49:37 22 the same.

08:49:38 23     THE COURT:  Okay.  I would invite counsel for plaintiff

08:49:43 24 and defense to approach the bench.

08:50:29 25         (WHEREUPON, at this point in the proceedings, there was

*OFFICIAL TRANSCRIPT*

08:50:29 1    a conference held at the bench outside the presence of the

08:50:29 2    court reporter.)

08:51:08 3            THE COURT:  Let me open that question back up to the

08:51:10 4    group.  Is there anybody else who believes that a citizen

08:51:14 5    should have preferential treatment or more rights as compared

08:51:17 6    to a legal resident?

08:51:23 7            (No verbal response.)

08:51:25 8            All right.  Thank you.

08:51:26 9            Have you or any member of your family ever had a

08:51:31 10   claim against anyone for damages?  Not a criminal claim, a

08:51:36 11   civil claim where money or some other form of relief was

08:51:41 12   sought.

08:51:42 13           Yes.  Okay.  We'll go methodically through the

08:51:47 14   box.  Is there anybody in the first row who has an affirmative

08:51:50 15   answer to that, a "yes"?

08:51:52 16           Okay.  To you, ma'am.

08:51:53 17           PROSPECTIVE JUROR 9:  My name is Donna Catalano,

08:51:57 18   Juror Number 9.  I had a claim on a car accident, an insurance

08:52:01 19   claim, where we had to sue the other person at fault.  That

08:52:08 20   was, like, 20 years ago.

08:52:09 21           THE COURT:  Did you go to trial or did you settle?

08:52:13 22           PROSPECTIVE JUROR 9:  No, we settled out of court.

08:52:16 23           THE COURT:  Would that fact influence you in any way in

08:52:19 24   reaching a fair and impartial verdict in this case?

08:52:22 25           PROSPECTIVE JUROR 9:  No, ma'am.  No, ma'am.

08:52:23  1          THE COURT:  All right.  Thank you.

08:52:26  2               All right.  Pass the mic down the aisle.

08:52:31  3          PROSPECTIVE JUROR 12:  I had a car wreck --

08:52:36  4          THE COURT:  I'm sorry.  Name and number again.

08:52:38  5          PROSPECTIVE JUROR 12:  Debra, Juror 12, Debra Kliebert.

08:52:43  6   I was in a car accident about 10 years ago, and I was at fault,

08:52:46  7   so they settled out of court but they sued me.

08:52:52  8          THE COURT:  It settled out of court but they had sued

08:52:56  9   you?

08:52:58 10          PROSPECTIVE JUROR 12:  Yeah, the insurance paid it and

08:53:00 11   I had to pay them back.

08:53:02 12          THE COURT:  Okay.  Would your experience in that case

08:53:07 13   influence you in any way in reaching a fair and impartial

08:53:10 14   verdict in this case?

08:53:11 15          PROSPECTIVE JUROR 12:  No.

08:53:12 16          THE COURT:  Okay.  Thank you.

08:53:15 17          PROSPECTIVE JUROR 13:  Raquel Ferguson, Number 13.

08:53:23 18          THE COURT:  All right.  Thank you, Ms. Ferguson.  What

08:53:25 19   was the nature of the claim?

08:53:26 20          PROSPECTIVE JUROR 13:  It was a car accident.

08:53:28 21          THE COURT:  Were you the plaintiff or the defendant?

08:53:31 22          PROSPECTIVE JUROR 13:  I was the plaintiff.

08:53:33 23          THE COURT:  Plaintiff.  Did the case go to trial or

08:53:35 24   settle?

08:53:36 25          PROSPECTIVE JUROR 13:  Yes, ma'am.  It did go to trial.

*OFFICIAL TRANSCRIPT*

08:53:38 1        THE COURT:  It went to trial.

08:53:40 2        PROSPECTIVE JUROR 13:  Yes.

08:53:41 3        THE COURT:  What was the verdict?

08:53:42 4        PROSPECTIVE JUROR 13:  It was -- I won the verdict.

08:53:45 5        THE COURT:  All right.  Did you have any sort of

08:53:47 6 negative experience that would render you unable to be a fair

08:53:52 7 and impartial juror in this case?

08:53:53 8        PROSPECTIVE JUROR 13:  No, ma'am.

08:53:54 9        THE COURT:  All right.  Thank you.

08:53:58 10        Any other claims or lawsuits on the back row?

08:54:02 11        All right.  We'll move over to the next group.

08:54:06 12        PROSPECTIVE JUROR 18:  My name is David Burridge,

08:54:08 13 Juror Number 18, and it was a civil case here in federal court

08:54:14 14 about 25 years ago.

08:54:16 15        THE COURT:  What was the nature of the case, sir?

08:54:19 16        PROSPECTIVE JUROR 18:  It was a brutality against me.

08:54:23 17        THE COURT:  So it was a criminal case?

08:54:25 18        PROSPECTIVE JUROR 18:  No, I mean, it was civil case.

08:54:29 19 I sued -- I sued someone else, I guess.

08:54:33 20        THE COURT:  You were the plaintiff?

08:54:34 21        PROSPECTIVE JUROR 18:  I brought them to court, so I

08:54:38 22 guess whatever that is.

08:54:39 23        THE COURT:  Who did you sue, sir?

08:54:40 24        PROSPECTIVE JUROR 18:  The New Orleans Police

08:54:43 25 Department.

08:54:43 1        THE COURT:  All right.  So police brutality?

08:54:48 2        PROSPECTIVE JUROR 18:  Correct.

08:54:48 3        THE COURT:  Did you win?

08:54:50 4        PROSPECTIVE JUROR 18:  Yes.

08:54:50 5        THE COURT:  Would your experience in that case render

08:54:53 6  you unable to be a fair and impartial juror in this case?

08:54:56 7        PROSPECTIVE JUROR 18:  No.

08:54:57 8        THE COURT:  Thank you.

08:55:02 9        PROSPECTIVE JUROR 19:  My name is

08:55:07 10  Chequita Saunders-Harris, Number 19.  I've been in several

08:55:11 11  claim situations.  I sued Merv Griffin Productions for wrongful

08:55:19 12  termination.  It settled out of court.  I sued a cleaner's for

08:55:25 13  damaging my clothing of mine.  It settled in court.  I won.

08:55:31 14  And I sued a landlord, and I won that, too.

08:55:39 15        THE COURT:  All right.  Let's break those down a little

08:55:41 16  bit.  With the cleaner's suit, did you go to trial or it

08:55:47 17  settled?

08:55:48 18        PROSPECTIVE JUROR 19:  I went to trial.

08:55:50 19        THE COURT:  What court was that in?

08:55:52 20        PROSPECTIVE JUROR 19:  In Los Angeles District Court.

08:55:55 21        THE COURT:  All right.  Did you have a jury there?

08:55:56 22        PROSPECTIVE JUROR 19:  No, there was no jury.

08:55:58 23        THE COURT:  Just the judge?

08:55:59 24        PROSPECTIVE JUROR 19:  Yeah.

08:56:01 25        THE COURT:  And you won?

*OFFICIAL TRANSCRIPT*

08:56:02  1          PROSPECTIVE JUROR 19:  Yes.

08:56:02  2          THE COURT:  In the landlord suit, you brought the suit?

08:56:07  3          PROSPECTIVE JUROR 19:  I brought the suit.

08:56:09  4          THE COURT:  In what court?

08:56:11  5          PROSPECTIVE JUROR 19:  Gosh, it was so long ago.  It

08:56:13  6  was many years ago.  I can't remember.

08:56:16  7          THE COURT:  What state?

08:56:17  8          PROSPECTIVE JUROR 19:  California.  All of these were

08:56:20  9  in California.

08:56:21 10          THE COURT:  Okay.  In the landlord suit, did you have a

08:56:25 11  jury?

08:56:25 12          PROSPECTIVE JUROR 19:  No, ma'am.

08:56:26 13          THE COURT:  Did you go to trial?

08:56:29 14          PROSPECTIVE JUROR 19:  No.

08:56:30 15          THE COURT:  You settled?

08:56:32 16          PROSPECTIVE JUROR 19:  Yes.

08:56:32 17          THE COURT:  Was there anything about your experience in

08:56:35 18  any of those three suits -- wrongful determination, damaged

08:56:38 19  clothing or landlord -- that would render you unable to be a

08:56:41 20  fair and impartial juror here?

08:56:42 21          PROSPECTIVE JUROR 19:  No, ma'am.

08:56:43 22          THE COURT:  All right.  Thank you.

08:56:50 23          PROSPECTIVE JUROR 22:  Tomica Harris, Juror 22.

08:56:56 24          THE COURT:  All right.  Thank you, ma'am.  What claim

08:56:58 25  had you brought or was brought against you?

*OFFICIAL TRANSCRIPT*

08:57:04 1          PROSPECTIVE JUROR 22:  Car accident.  I'm currently

08:57:05 2   going through that now.

08:57:06 3          THE COURT:  Could you repeat that into the microphone.

08:57:06 4          PROSPECTIVE JUROR 22:  Car accident.  I'm currently

08:57:06 5   going through that now.

08:57:07 6          THE COURT:  You're going through that right now?

08:57:08 7          PROSPECTIVE JUROR 22:  Yeah.

08:57:09 8          THE COURT:  You said you were Number 22; is that right,

08:57:11 9   ma'am?

08:57:12 10          PROSPECTIVE JUROR 22:  Yes.

08:57:13 11          THE COURT:  All right.  You're the plaintiff.  You

08:57:15 12  brought the suit?

08:57:16 13          PROSPECTIVE JUROR 22:  Yes.

08:57:16 14          THE COURT:  What court is that in?

08:57:19 15          PROSPECTIVE JUROR 22:  We haven't got that far yet.

08:57:21 16  That's why.

08:57:23 17          THE COURT:  Oh, okay.  Right now it's an insurance

08:57:25 18  claim and not a lawsuit?  Is that correct?

08:57:26 19          PROSPECTIVE JUROR 22:  Insurance claim.

08:57:28 20          THE COURT:  Is that correct?

08:57:29 21          PROSPECTIVE JUROR 22:  Yeah.

08:57:31 22          THE COURT:  All right.  Any others that I should know

08:57:35 23  about that did turn into lawsuits?

08:57:37 24          PROSPECTIVE JUROR 22:  No.

08:57:38 25          THE COURT:  Thank you, ma'am.

*OFFICIAL TRANSCRIPT*

08:57:42  1                    Anyone else with any lawsuits that you have

08:57:44  2     brought or been a defendant in?

08:57:46  3                    Yes, ma'am.  On the front row.

08:57:49  4             PROSPECTIVE JUROR 1:  Hi.  I'm Lisa Butler-Richardson.

08:57:53  5     It was an automobile accident and it settled, and I was the

08:57:56  6     plaintiff.

08:57:57  7             THE COURT:  All right.  Ms. Butler-Richardson, you're

08:57:59  8     Number 1?

08:58:01  9             PROSPECTIVE JUROR 1:  Yes.

08:58:01  10            THE COURT:  It was an auto accident and it settled?

08:58:05  11            PROSPECTIVE JUROR 1:  Yes.

08:58:06  12            THE COURT:  What court?

08:58:07  13            PROSPECTIVE JUROR 1:  It didn't go to court.

08:58:09  14            THE COURT:  But what court was it filed in?

08:58:12  15            PROSPECTIVE JUROR 1:  Civil District.

08:58:14  16            THE COURT:  Orleans Parish?

08:58:16  17            PROSPECTIVE JUROR 1:  Orleans Parish.

08:58:17  18            THE COURT:  Anything about your experience in being a

08:58:19  19     plaintiff in a lawsuit that would render you unable to be a

08:58:22  20     fair and impartial juror here?

08:58:24  21            PROSPECTIVE JUROR 1:  No.

08:58:25  22            THE COURT:  Okay.  Thank you.

08:58:27  23            PROSPECTIVE JUROR 1:  You're welcome.

08:58:29  24            THE COURT:  Any others?

08:58:29  25                    (No verbal response.)

                                *OFFICIAL TRANSCRIPT*

08:58:38 1          Have any of you participated in a lawsuit as a

08:58:43 2 witness or in some other capacity other than as a party in the

08:58:49 3 cases that we just discussed?  So where you appeared on behalf

08:58:53 4 of somebody else as a witness or perhaps an expert witness or

08:58:56 5 in any other way?

08:59:00 6          No.

08:59:03 7          If you were one of the parties in this case and

08:59:08 8 they are sitting in front of you, do you know of any reason why

08:59:12 9 you wouldn't want to have the case tried by a juror like you?

08:59:16 10 Something that I haven't fleshed out with my questions, but

08:59:20 11 something in either your background or your work history or

08:59:24 12 your frame of mind or for any other reason that you would want

08:59:30 13 the Court to know if you were one of these gentlemen.

08:59:40 14          (No verbal response.)

08:59:43 15          If you were selected to sit as a juror in the

08:59:45 16 case, would you be unable or unwilling to render a verdict

08:59:50 17 solely on the evidence presented at the trial and the law as

08:59:54 18 Judge Barbier gives it to you in his instructions at the end of

08:59:58 19 the case and disregarding any other ideas, notions, or belief

09:00:01 20 about the law that you may have encountered in reaching your

09:00:05 21 verdict?

09:00:06 22          I'll repeat that one just because it's kind of

09:00:10 23 long and complicated, but will you be able to render a verdict

09:00:14 24 solely on the evidence presented at the trial and the law as

09:00:18 25 the judge gives you and set aside any other beliefs or

*OFFICIAL TRANSCRIPT*

09:00:22 1  prejudices or thoughts or life experiences that you may have

09:00:27 2  brought with you?  Can you all do that?

09:00:32 3  　　　　VOICES:  Yes.

09:00:35 4  　　　　THE COURT:  Will you be able and willing to firmly put

09:00:38 5  aside any feelings of sympathy or compassion for either of the

09:00:43 6  parties and decide the case solely on its merits and according

09:00:47 7  to the law as it will be explained to you?

09:00:55 8  　　　　　　　I have lots of heads nodding.  Good.

09:00:58 9  　　　　　　　Do you know of any reason why you think you could

09:01:01 10  not sit in this case and render a just, fair, honest, and

09:01:05 11  impartial verdict?

09:01:08 12  　　　　　　　(No verbal response.)

09:01:12 13  　　　　　　　The case is expected to last three to four days.

09:01:17 14  You will be required to be at the courthouse ready to start by

09:01:20 15  8:30 in the morning, and you may have to stay until at least

09:01:25 16  5:30 in the evening.  Is there any reason, and this would

09:01:28 17  include your means of transportation to and from the

09:01:31 18  courthouse, why you would be unable to serve for such a period

09:01:35 19  of time or to be at the courthouse as is necessary to complete

09:01:39 20  this case?

09:01:39 21  　　　　　　　Yes, sir.

09:01:47 22  　　　　PROSPECTIVE JUROR 18:  My name is David Burridge,

09:01:51 23  Juror Number 18.  I have a business I need to run.  I just got

09:01:56 24  back from out the country on Friday night, and so I really need

09:02:01 25  to get back to my office, you know.  If it was one day, yeah, I

*OFFICIAL TRANSCRIPT*

09:02:07 1 could stay, but the whole week, you know, after not being at

09:02:11 2 work for the last ten days, kind of cripples me.

09:02:16 3        THE COURT:  What is your business, sir?

09:02:18 4        PROSPECTIVE JUROR 18:  I own a car rental company.

09:02:20 5        THE COURT:  Car rental?

09:02:22 6        PROSPECTIVE JUROR 18:  Yes.

09:02:23 7        THE COURT:  Who runs it when you're away like for the

09:02:26 8 last ten days?

09:02:27 9        PROSPECTIVE JUROR 18:  I have a manager that does all

09:02:30 10 she can.

09:02:31 11        THE COURT:  I recognize that serving as a juror and

09:02:36 12 missing whatever it is we're supposed to be during the day is a

09:02:40 13 hardship for almost everybody --

09:02:42 14        PROSPECTIVE JUROR 18:  Well, the fact that I've been

09:02:45 15 gone the last -- since -- I left on the 6th -- no, the 13th, on

09:02:50 16 the 13th of September, in the morning, so I missed the 13th.  I

09:02:55 17 mean, I have bills to pay, I have checks to write and things

09:02:58 18 like that, and I have payroll to call into my accountant

09:03:02 19 tomorrow.  It's just, you know, very difficult.  If it went

09:03:08 20 past Wednesday, it would be very difficult for me.  Thank you.

09:03:16 21        PROSPECTIVE JUROR 8:  Sharon Matherne, Juror 8, I do

09:03:20 22 have anxiety when it comes to driving.  I live 45 minutes away,

09:03:25 23 so I mean, I made it this morning, but I don't know how it's

09:03:30 24 going to be the next couple of days, if it would be for three

09:03:33 25 or four days.

                                  ***OFFICIAL TRANSCRIPT***

09:03:34 1    THE COURT:  Where do you live, ma'am?

09:03:37 2    PROSPECTIVE JUROR 8:  In Lockport, Lafourche Parish.

09:03:40 3    THE COURT:  Where do you work?

09:03:41 4    PROSPECTIVE JUROR 8:  Currently I'm not working.  I do

09:03:44 5    seasonal tax preparer for Jackson Hewett.

09:03:50 6    THE COURT:  But you do drive?

09:03:55 7    PROSPECTIVE JUROR 8:  I do drive, yes.

09:03:57 8    THE COURT:  Do you ever drive to New Orleans for work?

09:04:03 9    PROSPECTIVE JUROR 8:  I've drove to the IRS building

09:04:06 10   once or twice.

09:04:19 11   THE COURT:  All right.  Thank you, ma'am.

09:04:24 12            Anybody else that would have problems with the

09:04:25 13   schedule?

09:04:27 14            Yes, ma'am.

09:04:30 15   PROSPECTIVE JUROR 12:  The only thing I have is I'm

09:04:35 16   having surgery next week, and --

09:04:38 17   THE COURT:  Can you give us your number again.  I know

09:04:41 18   who you are, but the record --

09:04:41 19   PROSPECTIVE JUROR 12:  Debra Kliebert, Number 12.  I'm

09:04:47 20   having surgery next week so, I'm dealing with that.

09:04:49 21   THE COURT:  Dealing with that as in --

09:04:52 22   PROSPECTIVE JUROR 12:  I have to go for preop this

09:04:54 23   week.

09:04:57 24   THE COURT:  Okay.  All right.  Do you have any

09:04:58 25   appointments set before Friday?

*OFFICIAL TRANSCRIPT*

09:05:01 1    PROSPECTIVE JUROR 12:  I have to go Thursday.

09:05:04 2    THE COURT:  Thursday.  Okay.  Thank you, ma'am.

09:05:07 3    There was somebody on the front row, too.  Yes,

09:05:10 4    ma'am.  Name and number.

09:05:13 5    PROSPECTIVE JUROR 7:  Deiereon Williams, J 7.  I cannot

09:05:20 6    sit here all day.

09:05:22 7    THE COURT:  Why is that, Ms. Williams?

09:05:26 8    PROSPECTIVE JUROR 7:  A medical condition.

09:05:28 9    THE COURT:  All right.  Would you like to come up and

09:05:30 10   tell me about it?

09:05:31 11   PROSPECTIVE JUROR 7:  Well, yes.  Okay.  I have to

09:05:35 12   stand up?

09:05:37 13   THE COURT:  Well, I'm offering you the opportunity to

09:05:38 14   just come tell me and the lawyers about it if it's something

09:05:41 15   you would rather not say in open court, so you can leave the

09:05:44 16   microphone.

09:05:44 17   Counsel, come on up.

09:05:44 18   (WHEREUPON, at this point in the proceedings, there was

09:06:02 19   a conference held at the bench.)

09:06:02 20   PROSPECTIVE JUROR 7:  I'm just taking medication for

09:06:05 21   like CI's and stuff.

09:06:10 22   THE COURT:  What's CI?

09:06:12 23   PROSPECTIVE JUROR 7:  I'm a little bit fainting and

09:06:15 24   dizzy.  Not very -- I can't pay that much attention.  I can pay

09:06:21 25   attention but I'm not very well to stay focused, just -- it's

*OFFICIAL TRANSCRIPT*

09:06:29 1  just a health condition that I'm worried about myself.

09:06:34 2          THE COURT:  And you're on a medication?

09:06:36 3          PROSPECTIVE JUROR 7:  I just came off the medication

09:06:37 4  but I'm very, like, drowsy and stuff.

09:06:40 5          THE COURT:  What was the medication?

09:06:41 6          PROSPECTIVE JUROR 7:  Doxycycline and penicillin.

09:06:48 7          THE COURT:  I think those are just antibiotics.

09:06:51 8          PROSPECTIVE JUROR 7:  Antibiotics and with my other

09:06:53 9  health condition, asthma, my breathing.  It's not good.  Not

09:06:58 10 well enough.

09:07:03 11         THE COURT:  In my mind, those are sort of more retained

09:07:08 12 health conditions that a lot of people have.

09:07:10 13         PROSPECTIVE JUROR 7:  I have to get a lot of rest.  A

09:07:15 14 lot of rest and a lot of fluids.

09:07:18 15         THE COURT:  What do you do for a living?

09:07:20 16         PROSPECTIVE JUROR 7:  I don't have -- I don't have any

09:07:22 17 career for a living yet.

09:07:25 18         THE COURT:  Okay.  So, like, do you typically work

09:07:28 19 during the week?

09:07:29 20         PROSPECTIVE JUROR 7:  Well, pass-on work.  Just I do

09:07:34 21 research and studies at home.

09:07:37 22         THE COURT:  You're a student?

09:07:39 23         PROSPECTIVE JUROR 7:  Not yet, no.  No.

09:07:41 24         THE COURT:  Did you say research and studies?

09:07:44 25         PROSPECTIVE JUROR 7:  Yes, a lot of research studies.

THE COURT:  What?

PROSPECTIVE JUROR 7:  Basically information on the world.  That's it.  Yeah.

THE COURT:  All right.  Thank you.

If counsel would stay for just a minute, but you could sit down.  Thank you.

We'll go off the record.

(WHEREUPON, at this point in the proceedings, there was an off-the-record discussion, and then the bench conference concluded.)

THE COURT:  We're going to take a minute now to go through, because I want to hear from each of you, whether you've already answered a question or not.  I'm going to ask you to stand, take the microphone -- we're going to go in order -- and I want you to identify yourself, what city you live in, your occupation, if you are employed, or what you did if you're retired or have worked until recently.  If you're married, please give us the name of your spouse and what they do.

All right.  So I'll go first.  My name is Janis van Meerveld.  I'm a magistrate judge here in the Eastern District of Louisiana.  I was an employment lawyer before that.  I live in New Orleans, and I'm married to Charlie Cerise, who is a lawyer at Adams & Reese.

So we'll start with Juror Number 1.

*OFFICIAL TRANSCRIPT*

09:10:09 1      PROSPECTIVE JUROR 1:  My name is

09:10:13 2  Lisa Butler-Richardson.  I'm a registered nurse.  I live here

09:10:17 3  in Orleans Parish.  I'm married to Jacques Richardson, who is a

09:10:21 4  schoolteacher in Orleans Parish.

09:10:24 5      THE COURT:  Thank you.  That was perfect.

09:10:25 6      PROSPECTIVE JUROR 2:  My name is Bradley Bordelon.  I'm

09:10:29 7  married to Bonita Bordelon.  I live in Jefferson Parish.  I'm a

09:10:33 8  night dispatcher for Landmark Food Service.

09:10:38 9      THE COURT:  And your spouse?

09:10:38 10     PROSPECTIVE JUROR 2:  Bonita Bordelon.

09:10:38 11     THE COURT:  What does she do, if anything?

09:10:40 12     PROSPECTIVE JUROR 2:  I'm sorry.  She works for

09:10:41 13 Universal Sodexho, an offshore catering company.

09:10:44 14     THE COURT:  Okay.  Thank you.

09:10:44 15     PROSPECTIVE JUROR 3:  My name is Laura Lewis.  I work

09:10:49 16 in retail.  I'm married to Johnny Sanchez.  He works at a ranch

09:11:00 17 and we live in Vacherie.

09:11:02 18     THE COURT:  Thank you, ma'am.

09:11:03 19     PROSPECTIVE JUROR 4:  Good morning.  My name is

09:11:06 20 Samantha Meyer.  I live in St. Bernard Parish, and I work for

09:11:09 21 the St. Bernard Parish Government in the Office of Tourism and

09:11:13 22 Film and I'm not married.

09:11:14 23     THE COURT:  Okay.  Thank you.

09:11:17 24     PROSPECTIVE JUROR 5:  I'm Susan Perry.  I'm from

09:11:19 25 Metairie.  I am a retired elementary school principal.  I'm

*OFFICIAL TRANSCRIPT*

09:11:23 1     married to Raymond Perry, who is a retired U.S Customs

09:11:28 2     employee. And is that all?

09:11:28 3           THE COURT: I think so.

09:11:35 4           PROSPECTIVE JUROR 6: I'm Patricia Becnel. I live in

09:11:39 5     Luling and I'm married to Ernest Becnel. We are both retired.

09:11:44 6           THE COURT: From what?

09:11:50 7           PROSPECTIVE JUROR 6: I owned a couple of businesses,

09:11:51 8     and he worked in the oil industry.

09:11:53 9           THE COURT: Did either of you in your business or in

09:11:56 10     the oil industry deal with oil distribution in any way?

09:12:00 11           PROSPECTIVE JUROR 6: No.

09:12:01 12           PROSPECTIVE JUROR 7: Hi. My name is Deiereon Williams

09:12:04 13     and I'm not married. Divorced. That's it.

09:12:09 14           THE COURT: What about work or school? What jobs?

09:12:13 15           PROSPECTIVE JUROR 7: I'm finished with school. I'm

09:12:15 16     not -- I'm just not finished with college or whatever.

09:12:23 17           THE COURT: Okay. Thank you.

09:12:23 18           PROSPECTIVE JUROR 8: Sharon Matherne. I'm a tax

09:12:27 19     preparer. I live in Lockport, Louisiana -- Lockport, which is

09:12:30 20     Lafourche Parish. My husband is Brad Matherne and he is a boat

09:12:35 21     captain.

09:12:36 22           THE COURT: Thank you.

09:12:37 23           PROSPECTIVE JUROR 9: My name is Donna Catalano. I'm

09:12:42 24     married to Michael Catalano. I work as a paraeducator in

09:12:46 25     Jefferson Parish with special needs children. My husband is

retired from ADM.  I live in Destrehan, Louisiana.

THE COURT:  What is ADM and what did he do?

PROSPECTIVE JUROR 9:  Archer Daniel Midland, and he was safety manager over a region.

THE COURT:  Thank you.

PROSPECTIVE JUROR 10:  Troy LaFrance.  I'm retired from Bath Oil Company from Pointe à la Hache.  I live in Braithwaite, Jefferson Parish.  I'm currently self-employed as a fisherman.  Divorced.

THE COURT:  Thank you.

PROSPECTIVE JUROR 11:  My name is Lisa Dufrene.  I previously worked as a registered nurse.  Now my husband and I, along with a family member, own two businesses, so I work for the company.  My husband is Ryan Dufrene and that's it.

THE COURT:  In general terms, what is the nature of the business you're owning and operating now?

PROSPECTIVE JUROR 11:  We own a fabrication shop and a construction company.

THE COURT:  Thank you.

PROSPECTIVE JUROR 12:  My name is Debra Kliebert.  I work at Walmart.  I'm a department manager for domestics, and I'm married to Ransel Kliebert, and he's a retired welder.

THE COURT:  Thank you, Ms. Kliebert.

PROSPECTIVE JUROR 13:  My name is Raquel Ferguson.  I work for the U.S. Department of Agriculture.  I live in

*OFFICIAL TRANSCRIPT*

09:14:02 1  Jefferson Parish.

09:14:02 2        THE COURT:  Thank you.  What do you do for the USDA?

09:14:05 3        PROSPECTIVE JUROR 13:  I'm a client management analyst.

09:14:07 4        THE COURT:  Thank you.

09:14:07 5        PROSPECTIVE JUROR 14:  My name is Latoya Singleton.  I

09:14:14 6  live in Jefferson Parish, and I am a mental health technician.

09:14:19 7        THE COURT:  All right.  Thank you.

09:14:21 8        PROSPECTIVE JUROR 15:  My name is Dennis Schmit.  I

09:14:24 9  presently live in Covington, Louisiana.  Retired from

09:14:27 10  Murphy Oil, and my wife is also a retired schoolteacher from

09:14:31 11  St. Bernard Parish.

09:14:32 12        THE COURT:  Thank you, sir.

09:14:35 13        PROSPECTIVE JUROR 14:  My name is Cynthia Crain.  I'm

09:14:38 14  from Slidell.  We have rental property.  I'm a landlord.  I'm

09:14:43 15  married 47 years to Greg Crain.  He's retired from CSX

09:14:48 16  Railroad.

09:14:48 17        THE COURT:  Thank you.

09:14:52 18        PROSPECTIVE JUROR 17:  My name is Sheila Knudsen.  I'm

09:14:55 19  a substitute teacher for preK classes.  I'm married to my

09:15:00 20  husband Kevin Knudsen, who is a retired policeman, who now

09:15:04 21  works as a court officer in Baton Rouge.

09:15:08 22        I think I got everything but I do have a

09:15:10 23  question, if you don't mind.  You asked if we knew anybody, and

09:15:13 24  sometimes I recognize people but I don't remember.  The lady in

09:15:17 25  the middle with the black jacket, do you know me?

*OFFICIAL TRANSCRIPT*

09:15:22  1          THE COURT:  This is Ariana Newman.  Does the name ring

09:15:27  2     a bell?

09:15:30  3          PROSPECTIVE JUROR 17:  No, but she looks very familiar,

09:15:33  4     but I just wanted to clear it up just in case.  It's better if

09:15:35  5     she remembers me.

09:15:35  6          THE COURT:  Yeah, much better that way.

09:15:36  7               Everybody should feel free to speak up.

09:15:36  8          PROSPECTIVE JUROR 18:  My name is David Burridge.  I

09:15:39  9     own companies here in New Orleans.  I'm from New Orleans, and I

09:15:42 10     live here in New Orleans.  I live with my girlfriend

09:15:48 11     Susan Gillibrand.  She's an interior decorator.  You might be

09:15:52 12     able to use her around here, but, anyway. . . .

09:15:55 13          THE COURT:  I'm offended.  It's lovely in here.

09:16:00 14          PROSPECTIVE JUROR 18:  I'm just looking at your walls.

09:16:02 15          THE COURT:  We'd have to buy a lot of art.

09:16:05 16          PROSPECTIVE JUROR 19:  My name is

09:16:09 17     Chequita Saunders-Harris.  I'm a loan officer.  I'm married to

09:16:11 18     Gregory Harris.  He's a chef with Delaware North at the

09:16:14 19     New Orleans airport.

09:16:17 20          THE COURT:  Thank you.

09:16:17 21          PROSPECTIVE JUROR 20:  My name is Bryan Guidry.  I work

09:16:20 22     in the oil and gas business, offshore installation manager,

09:16:24 23     married to Kim Guidry, live in Galliano, Louisiana.

09:16:28 24          THE COURT:  Does your wife work outside the home, sir?

09:16:31 25          PROSPECTIVE JUROR 20:  No, she's a homemaker.

**OFFICIAL TRANSCRIPT**

09:16:17 1        THE COURT: All right. Thank you.

09:16:17 2        PROSPECTIVE JUROR 21: Richard Hamilton. I live in

09:16:35 3 St. Bernard. Post engineer for the Jackson Barracks Military

09:16:40 4 Base. My wife, Stacy Hamilton, is in the leasing business.

09:16:44 5        THE COURT: She's in the leasing business for

09:16:47 6 buildings?

09:16:47 7        PROSPECTIVE JUROR 20: Yeah, she works for a company.

09:16:50 8        THE COURT: Okay.

09:16:50 9        PROSPECTIVE JUROR 22: Tomica Harris. I work for

09:16:55 10 General Meyer Pharmacy. I live here in New Orleans.

09:16:59 11        PROSPECTIVE JUROR 23: Latoya Walter, I manage a team

09:17:03 12 of AML investigators. I live in New Orleans. My husband is

09:17:07 13 Eric Walter. He's a program manager for a nonprofit.

09:17:11 14        THE COURT: Thank you. What kind of investigators?

09:17:15 15        PROSPECTIVE JUROR 23: Antimoney laundering.

09:17:19 16        THE COURT: Okay. Thank you.

09:17:19 17        PROSPECTIVE JUROR 24: Peggy Murphy. I live in

09:17:21 18 Mandeville, Louisiana. I'm a financial advisor with Edelman

09:17:23 19 Financial Engine. I'm married to Jim Murphy, who is retired

09:17:26 20 Department of Navy.

09:17:27 21        THE COURT: Department of the Navy?

09:17:29 22        PROSPECTIVE JUROR 24: (Speaking simultaneously) -- all

09:17:31 23 the ships at LPD.

09:17:33 24        THE COURT: Okay. Thanks.

09:17:35 25          All right. That's everybody.

*OFFICIAL TRANSCRIPT*

09:17:39 1     Is there anything else on your mind -- this is my

09:17:42 2 last chance to find somebody who really should not be on the

09:17:45 3 jury for some reason that I haven't fleshed out with my

09:17:49 4 questions -- anything on your mind that would affect your

09:17:54 5 ability to serve on the jury that isn't covered by the

09:17:57 6 questions that I have asked?

09:18:03 7     (No verbal response.)

09:18:03 8     All right.  Then if counsel would come forward,

09:18:05 9 I'm going to ask if you have any other particular questions for

09:18:10 10 particular jurors you would like me to ask?

09:18:10 11     (WHEREUPON, at this point in the proceedings, there was

09:18:10 12 a conference held at the bench.)

09:18:26 13    THE COURT:  Any of the answers give any problems or any

09:18:29 14 follow-up that you have?

09:18:31 15    MR. DIROSA:  No.

09:18:31 16    MR. BEH:  No.

09:18:32 17    THE COURT:  Okay.  We can move on to your strikes.

09:18:36 18    MR. BEH:  Yes, ma'am.

09:18:38 19    THE COURT:  I believe it was Judge Barbier's practice

09:18:40 20 to give you his strikes first before you go and make your

09:18:44 21 decisions, so I will tell you I would excuse for cause

09:18:53 22 Jurors 10 and 12.

09:18:55 23     Number 10, that is the gentleman who is hard of

09:18:58 24 hearing and says he has trouble understanding.  I think that

09:19:01 25 was pretty evident.

*OFFICIAL TRANSCRIPT*

09:19:02 1          Then Juror Number 12 also had difficulty

09:19:05 2    understanding and was very nervous.

09:19:07 3          I would also strike Juror Number 15, the one who

09:19:12 4    gave the answer that he could not be fair to a legal resident

09:19:15 5    compared to the resident --

09:19:15 6          MR. DIROSA:  15?  I thought it was 18.

09:19:21 7          THE COURT:  Yes, 18.  18, thank you.

09:19:30 8          Finally, Juror Number 7, who was the juror that

09:19:33 9    we talked about and brought up to the bench.

09:19:39 10         MR. DIROSA:  That's fine.

09:19:40 11         THE COURT:  Those are the only four that I saw.

09:19:46 12         Are there others that you think I should strike

09:19:48 13   for cause that I haven't identified?

09:19:50 14         MR. BEH:  Those are the ones on my list.

09:19:52 15         MR. DIROSA:  That was pretty much mine also.  I think

09:19:54 16   we saw the same thing.

09:19:56 17         THE COURT:  All right.  So, Gail, would you explain how

09:19:58 18   we're going to handle the peremptories.  We're going back table

09:20:02 19   to table, is that right, and you start with the --

09:20:05 20         THE DEPUTY CLERK:  The defense.

09:20:06 21         THE COURT:  So do you want some time to chat?

09:20:08 22         MR. BEH:  Yes, could we have just a brief meeting?

09:20:11 23         THE COURT:  Absolutely.  Then one of you signal me or,

09:20:13 24   Gail, when you're ready, and we'll come over and get your first

09:20:19 25   peremptory strike.

*OFFICIAL TRANSCRIPT*

09:20:19 1          Thank you.

09:20:19 2          (WHEREUPON, at this point in the proceedings, the bench

09:20:19 3  conference concluded.)

09:31:34 4                          JURY SELECTED

09:33:26 5          THE COURT:  All right.  Thank you.  The lawyers have

09:33:27 6  made their decisions.  After all strikes are exercised, the

09:33:32 7  first eight names remaining in the venire not challenged

09:33:37 8  comprise the jury, so all eight jurors selected will deliberate

09:33:42 9  and vote.  No one is an alternate.

09:33:44 10          I will now call the names of the jurors selected.

09:33:48 11  I ask that you stand if your name is called.

09:33:53 12  Lisa Butler-Richardson, Bradley Bordelon, Samantha Meyer,

09:34:00 13  Susan Perry, Patricia Becnel, Donna Catalano, Lisa Dufrene, and

09:34:11 14  Raquel Ferguson.  Thank you.

09:34:14 15          If you would remain standing just for a minute.

09:34:17 16  Everyone else is excused.  I thank you very much.  You should

09:34:21 17  return to the jury room on the first floor.

09:35:00 18          All right.  Gail, do we need to reorder the

09:35:03 19  jurors before we swear them in?

09:35:06 20          THE DEPUTY CLERK:  No, we can get sworn in.

09:35:11 21          THE COURT:  Okay.  All right.  Would you please swear

09:35:13 22  in our jury.

09:35:14 23          THE DEPUTY CLERK:  Would you raise your right hands.

24  Do you solemnly swear that you will well and truly try the

25  issues joined between plaintiff and defendant and a true

*OFFICIAL TRANSCRIPT*

verdict render according to the evidence and the law as it
shall be given you by the Court, so help you God?

VOICES: I do.

PRELIMINARY JURY INSTRUCTIONS

THE COURT: All right. Thank you.

I think everybody is still in order, so you can
be seated. I'm going to give you some instructions before I
dismiss you for the day. You'll have a very short day today
because of Judge Barbier not being able available to start the
trial, so we'll take care of all the housekeeping now so that
when you show up tomorrow morning, everybody is ready to roll.

When you return tomorrow, the case will proceed
in the following order: Counsel for the plaintiff may make an
opening statement outlining their case. No party is required
to make an opening statement. The opening statements are not
evidence. They are merely to aid you in understanding the
significance of the evidence you hear over the next few days
when that evidence is introduced. It essentially gives you a
road map as to the case so you know what to be listening for.

Then the defendant may wish to make an opening
statement. Again, it is not required. After the opening
statements, if any are made, counsel for the plaintiff will
introduce their evidence.

At the conclusion of plaintiff's evidence,
including witnesses, counsel for the defendant may introduce

09:36:45 1   evidence.  Then there may be some rebuttal evidence, and at the

09:36:49 2   conclusion of all the evidence, the attorneys may or may not

09:36:53 3   make closing arguments to you.

09:36:56 4          After the closing arguments you will be given

09:37:00 5   further instructions from Judge Barbier and you will

09:37:03 6   deliberate.  As I said, all eight of you arrive at your

09:37:08 7   verdict.

09:37:08 8          The law applicable to the case will be contained

09:37:11 9   in the instructions that Judge Barbier will give you during the

09:37:14 10   course of the trial, if appropriate, but largely at the end of

09:37:18 11   the trial, and it is your duty as jurors to follow those

09:37:23 12   instructions.

09:37:24 13          It is also your duty to determine the facts and

09:37:27 14   to determine them from the evidence and the reasonable

09:37:32 15   inferences arising from the evidence, and in so doing you must

09:37:35 16   not engage in guesswork or speculation.

09:37:39 17          The evidence which you are to consider consists

09:37:42 18   of the testimony of witnesses and the exhibits admitted into

09:37:46 19   evidence.  The term *witness* means anyone who testifies in

09:37:50 20   person or by deposition.

09:37:53 21          The admission of evidence in court is governed by

09:37:56 22   rules of law.  From time to time it may be the duty of the

09:38:01 23   attorneys to object to the evidence, and it is Judge Barbier's

09:38:06 24   duty as judge to rule on those objections and whether you

09:38:09 25   should be permitted to consider certain evidence.

09:38:13  1          You should not concern yourself with the

09:38:16  2   objections or the Court's reasons for the rulings.  You may

09:38:20  3   consider testimony or exhibits to which an objection was

09:38:24  4   overruled but not to which an objection was sustained.

09:38:29  5          You may not consider evidence to which the

09:38:34  6   objection has been sustained or which has been ordered

09:38:36  7   stricken.  In that instance, you will be instructed not to

09:38:40  8   consider the testimony or the evidence to which the objection

09:38:43  9   was sustained or ordered stricken, and you must ignore it

09:38:47 10   completely and don't take it into the jury room when you are

09:38:51 11   deliberating about the case.

09:38:52 12          It is very important that you give your full

09:38:55 13   attention to all of the testimony, all of the witnesses, all of

09:39:01 14   the exhibits.  You're going to have to rely on your own

09:39:05 15   recollections of the testimony of the witnesses since it is not

09:39:08 16   possible for the Court to furnish you with transcripts of the

09:39:12 17   trial testimony for use during your deliberations or to answer

09:39:16 18   any questions concerning the testimony that you've heard while

09:39:20 19   you're deliberating.

09:39:22 20          However, if you would like to take notes during

09:39:24 21   the trial, you may do so.  If you do take notes, be careful not

09:39:29 22   to get so involved in your note-taking that you become

09:39:33 23   distracted and miss part of the testimony.  Your notes should

09:39:37 24   only be aids to your memory, and if your memory should later be

09:39:41 25   different from your notes, you should rely on your memory and

09:39:45  1    not your notes.

09:39:46  2            If you don't take notes, rely on your own

09:39:50  3    independent memory of the testimony, and don't be unduly

09:39:56  4    influenced by the notes of the jurors who were taking them.  A

09:39:58  5    juror's notes are not entitled to any greater weight than the

09:40:02  6    recollection of each of you as jurors regarding the testimony.

09:40:07  7            Also, all exhibits admitted into evidence during

09:40:10  8    the trial will be available to you while you're deliberating.

09:40:15  9    There may also be some demonstrative exhibits.  These are

09:40:18 10    things that are created for the trial to sort of streamline or

09:40:23 11    simplify, maybe a visual, maybe a calendar, maybe a timeline,

09:40:27 12    things like that.  They may be shown to you during the trial,

09:40:30 13    but they are not given to you in the jury deliberation room

09:40:37 14    because they are not evidence.

09:40:38 15            At the end of the case, as I stated to you

09:40:41 16    previously, the attorneys will make their closing arguments.

09:40:44 17    You are to remember that although they are intended by the

09:40:47 18    attorneys to help you in understanding the evidence and

09:40:50 19    applying the law as each of them see it, the arguments of the

09:40:54 20    lawyers are not evidence.

09:40:57 21            You must not be influenced by any personal

09:41:00 22    feelings or sympathy for or prejudice against any of the

09:41:05 23    parties or their counsel.  No statement or ruling or remark

09:41:10 24    which Judge Barbier may make during the presentation of

09:41:13 25    testimony is intended to indicate his opinion as to what the

facts are.  You are to determine what the facts are.

In this determination, you alone must decide upon the believability of the evidence and its weight and value.  In considering the weight and value of the testimony of any witness, you may take into consideration the appearance, attitude, and behavior of the witness, the interest of the witness in the outcome of the suit, the relation of the witness to the parties, the inclination of the witness to speak truthfully or not, the probability or improbability of the witnesses' statements, and all other facts and circumstances in evidence.  Those are all fair game.  Thus, you may give the testimony of any witness just such weight and value as you may believe the testimony of such witness is entitled to receive.

During the course of the trial, jurors shall not engage or attempt to engage or have any conversation of any kind of whatsoever with any of the parties to their suit, their representatives, the attorneys, the witnesses, or any other person associated with the trial; and, likewise, any person identified with the trial shall not engage or attempt to engage in any conversation whatsoever with any juror.  If this happens, I ask that you report it immediately to Judge Barbier.

Further, as jurors you should avoid allowing yourself to be placed in a position when outside the courtroom where discussions of the case are being conducted by any of the parties, the attorneys, or the witnesses.  Furthermore, the

09:43:05  1   attorneys, the parties, and the witnesses must be particularly

09:43:09  2   careful not to discuss and shall not discuss the case where

09:43:12  3   there is a possibility that you, the jurors, may hear their

09:43:17  4   remarks.  If this occurs and you overhear such remarks, you

09:43:21  5   must notify Judge Barbier immediately.

09:43:24  6          All of us have been trained to extend

09:43:29  7   acquaintances or even strangers a friendly good morning, a

09:43:32  8   hello.  Not in this courthouse.  You should not engage in such

09:43:36  9   an exchange with either the plaintiff, the defendants, the

09:43:41 10   attorneys, or any other parties or witnesses to this suit

09:43:45 11   during the trial.

09:43:46 12          You shouldn't be offended by the fact they may

09:43:50 13   dodge getting in the elevator with you; they may avert their

09:43:53 14   eyes when you're passing each other in the hall or on the way

09:43:57 15   into the bathroom.  Don't take offense to it.  It just means

09:44:00 16   everybody is taking this obligation very seriously, which is

09:44:04 17   appropriate.

09:44:05 18          Such encounters may seem innocent, but they could

09:44:10 19   nonetheless give the impression of a lack of impartiality, and

09:44:15 20   creating an impression of being partial is almost as bad as

09:44:20 21   actually being biased and should be avoided.

09:44:23 22          All of you should realize that if it is called to

09:44:26 23   Judge Barbier's attention that these rules have been violated,

09:44:30 24   he will have no alternative but to take appropriate action.

09:44:35 25   I'm confident that you will not breach this obligation and

09:44:40 1   consequences won't flow.

09:44:42 2          Let me give you some additional specific

09:44:45 3   instructions.  Again, you as jurors must decide this case based

09:44:50 4   solely on the evidence presented here within the four walls of

09:44:53 5   this courtroom.  This means that starting now and continuing

09:44:57 6   throughout the trial until you reach your verdict, you must not

09:45:02 7   conduct any independent research about this case, the matters

09:45:06 8   in this case, and the individuals or corporations involved in

09:45:10 9   the case.

09:45:12 10         In other words, you should not consult

09:45:14 11  dictionaries or reference materials, don't go search the

09:45:18 12  Internet, web sites, blogs, or use any other electronic tools

09:45:23 13  to obtain information about this case, or to help you decide

09:45:26 14  the case.  Please do not try to find out information from any

09:45:31 15  other source outside the confines of this courtroom.

09:45:37 16         Starting now, and until you retire to deliberate,

09:45:40 17  you may not discuss the case with anyone, even your fellow

09:45:44 18  jurors.  After you retire to deliberate after the case has

09:45:49 19  closed, the final arguments have been made, and Judge Barbier

09:45:52 20  has charged you with the law, then you retire to the jury

09:45:57 21  deliberation room, and that is the first and only time you all

09:46:01 22  discuss the case together as a group, and that also means you

09:46:07 23  shouldn't be discussing it one on one.  Whatever you're

09:46:09 24  thinking about the case over the next few days, you just keep

09:46:12 25  it to yourself, not even with a fellow juror.

                        *OFFICIAL TRANSCRIPT*

I know that many of you use cell phones or the Internet or other tools of technology.  You must not use them or otherwise speak to anybody about this case.  That includes your family and friends.  You may not communicate with anybody about the case through email, text message, BlackBerry, iPhone, Twitter, blog, Facebook, Instagram, Snapchat, LinkedIn, YouTube, or whatever else has arisen since we wrote these instructions.  Just don't do it.

This is such an important requirement, that you must report to District Judge Barbier if you become aware of another juror's violation of these instructions.

From this moment on, you are also ordered not to read any newspaper accounts or other accounts of this trial, if it is reported.  Nor are you to view or listen to any television news reports or other accounts of the trial, or radio reports.  This is all necessary because your verdict must be based solely on the evidence presented in this trial in accordance with the Court's instructions on the law applicable to this case.

Finally, you are not to reach any conclusion about the case until all the evidence has been presented, the Court then instructs you on the law applicable to the case, and it is given to you for deliberation and decision.  Only then should you make up your mind about the case.  It is only fair to all the parties to be heard prior to you making up your

09:47:57 1    mind.

09:47:58 2            In the morning when you arrive and during the day

09:48:01 3    when you are in this building and the Court is in recess or for

09:48:05 4    any reason the jury is not required to be in the courtroom, we

09:48:09 5    ask that you go to and remain in the jury room or remain under

09:48:13 6    the direct supervision of the marshall until the marshal

09:48:16 7    advises you to enter the courtroom.  Please do not loiter in

09:48:21 8    the halls, and a big reason for that is the risk of running

09:48:25 9    into the parties discussing their case, or other people, okay?

09:48:27 10            Does any party wish to invoke the sequestration

09:48:34 11    rule for their witnesses?

09:48:36 12            MR. DIROSA:  I would.

09:48:36 13            MR. BEH:  Yeah, I think we both do, Your Honor.

09:48:39 14            THE COURT:  Okay.  It doesn't look like it.  I only see

09:48:42 15    our CSO.  No witnesses are in the room right now.  Okay.  Then

09:48:45 16    I will alert Judge Barbier to the fact that he needs to caution

09:48:48 17    the witnesses tomorrow that there is a sequestration rule in

09:48:53 18    place, and you can assist in that by only calling them as they

09:48:57 19    are needed for the trial and make sure they know they are not

09:48:59 20    invited to sit in on anybody else's testimony.

09:49:05 21            MR. DIROSA:  Yes.

09:49:05 22            THE COURT:  Okay.  Thank you.

09:49:06 23            All right.  Jurors, we are almost finished.  I

09:49:09 24    ask that you return tomorrow ready to start at 8:15 a.m.

09:49:13 25            Remember that it can be difficult to park

09:49:16 1    downtown.  You have to go through security to get in.

09:49:19 2    Sometimes there is a line at the guard desk that slows you

09:49:23 3    down.  Somebody can't empty their pockets fast enough, and it

09:49:27 4    holds everything up.  So allow enough time to go through all of

09:49:33 5    that and get in and get situated.

09:49:35 6         You are pivotal to this trial proceeding.  We

09:49:39 7    cannot start in the morning if one of you is missing, so you

09:49:42 8    will hold up everything and infuriate everyone if you are not

09:49:48 9    here on time ready to start.  Okay?  I want to see nods on

09:49:52 10   that.

09:49:52 11        Federal court runs like a well-oiled machine,

09:49:55 12   which you will appreciate, that your days don't drag on

09:49:59 13   forever, so be a part of that, please.

09:50:02 14        I know we have coffee for you in the morning.

09:50:06 15   What else do we give our fine jurors?  Donuts?

09:50:10 16        THE DEPUTY CLERK:  Some kind of snack.

09:50:12 17        THE COURT:  Some kind of snack.  So you can get your

09:50:14 18   first morning coffee with us, so come early and just settle in.

09:50:19 19   Then I'm going to dismiss you for the day, and good luck.

09:50:26 20        Yes, some question.

09:50:27 21        THE JUROR:  One question.  Where do we report to

09:50:31 22   tomorrow morning when we come?  Do we come straight up here?

09:50:31 23        THE DEPUTY CLERK:  Yes.  I'm going to ask the CSO to

09:50:37 24   show you the jury room so they will know where to go.

09:50:39 25        THE COURT:  Great.  Each day they just come straight to

*OFFICIAL TRANSCRIPT*

09:50:41  1    this jury room rather than the first jury room.  Yes, so our

09:50:45  2    CSO is going to show you where to go tomorrow.  You're on the

09:50:49  3    second floor, and then you can come straight up there.  We have

09:50:51  4    coffee and your snack in there; so, yeah, apparently you can

09:50:53  5    skip the first-floor jury room.

09:50:56  6            There was another question or was it the same

09:50:58  7    one?  I thought I saw another hand.  No.

09:51:02  8            Any other questions before we break?

09:51:04  9            All right.  Thank you very much.

09:51:13 10            Okay.  All right.  So why don't you do that, in

09:51:17 11    an abundance of caution, after you see where your deliberation

09:51:20 12    room is and where you're going to report to each morning, stop

09:51:23 13    in on the first floor today in case they need to check you out

09:51:27 14    or something.

09:51:29 15            All right.  Thank you.

09:51:31 16        VOICES:  Thank you.

09:51:32 17        THE DEPUTY CLERK:  All rise.

09:51:32 18        (WHEREUPON, at 9:51 a.m., the jury panel leaves the

         19    courtroom and then court was in recess for the day.

         20                      *    *    *

         21

         22

         23

         24

         25

*OFFICIAL TRANSCRIPT*

1                    REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter in and for the State

5    of Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11                                    *s/Cathy Pepper*_____

12                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
13                              Registered Merit Reporter
                                Official Court Reporter
14                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
15

16

17

18

19

20

21

22

23

24

25

                         **OFFICIAL TRANSCRIPT**

## 1

**1** [17] - 1:8, 1:11, 4:22, 5:2, 5:13, 14:6, 25:4, 25:8, 25:9, 25:11, 25:13, 25:15, 25:17, 25:21, 25:23, 32:25, 33:1
**10** [12] - 7:22, 7:23, 8:4, 8:6, 8:12, 8:17, 10:23, 10:24, 20:6, 35:6, 39:22, 39:23
**100** [2] - 5:7, 14:7
**11** [2] - 35:11, 35:17
**12** [19] - 8:21, 8:24, 9:6, 9:11, 9:16, 9:23, 20:3, 20:5, 20:10, 20:15, 29:15, 29:19, 29:22, 30:1, 35:20, 39:22, 40:1
**13** [10] - 20:17, 20:20, 20:22, 20:25, 21:2, 21:4, 21:8, 35:24, 36:3
**13th** [3] - 28:15, 28:16
**14** [2] - 36:5, 36:13
**15** [7] - 17:1, 17:5, 17:8, 36:8, 40:3, 40:6
**16** [7] - 12:13, 12:17, 12:18, 12:21, 12:24, 13:2, 13:4
**17** [2] - 36:18, 37:3
**17-6713** [2] - 1:5, 3:10
**18** [29] - 17:21, 17:23, 17:24, 18:3, 18:7, 18:9, 18:17, 18:20, 21:12, 21:13, 21:16, 21:18, 21:21, 21:24, 22:2, 22:4, 22:7, 27:22, 27:23, 28:4, 28:6, 28:9, 28:14, 37:8, 37:14, 40:6, 40:7
**19** [15] - 22:9, 22:10, 22:18, 22:20, 22:22, 22:24, 23:1, 23:3, 23:5, 23:8, 23:12, 23:14, 23:16, 23:21, 37:16

## 2

**2** [3] - 33:6, 33:10, 33:12
**20** [4] - 19:20, 37:21, 37:25, 38:7
**201** [1] - 1:20
**2019** [2] - 1:6, 3:3

**21** [1] - 38:2
**22** [14] - 17:2, 23:23, 24:1, 24:4, 24:7, 24:8, 24:10, 24:13, 24:15, 24:19, 24:21, 24:24, 38:9
**23** [4] - 1:6, 3:3, 38:11, 38:15
**24** [2] - 12:5, 12:11, 38:17, 38:22
**25** [2] - 12:6, 21:14

## 3

**3** [2] - 2:5, 33:15
**329** [1] - 1:17

## 4

**4** [1] - 33:19
**41** [1] - 2:6
**42** [1] - 2:7
**4400** [1] - 1:20
**45** [1] - 28:22
**47** [1] - 36:15

## 5

**5** [9] - 11:8, 11:11, 11:13, 11:16, 11:20, 11:23, 12:2, 33:24
**500** [1] - 1:22
**504** [1] - 1:23
**589-7779** [1] - 1:23
**5:30** [1] - 27:16

## 6

**6** [3] - 34:4, 34:7, 34:11
**6th** [1] - 28:15

## 7

**7** [18] - 30:5, 30:8, 30:11, 30:20, 30:23, 31:3, 31:6, 31:8, 31:13, 31:16, 31:20, 31:23, 31:25, 32:2, 34:12, 34:15, 40:8
**70001** [1] - 1:17
**70130** [1] - 1:23
**70170** [1] - 1:20

## 8

**8** [7] - 28:21, 29:2, 29:4, 29:7, 29:9, 34:18
**8:15** [1] - 50:24
**8:30** [2] - 1:6, 27:15

## 9

**9** [6] - 19:17, 19:18, 19:22, 19:25, 34:23, 35:3
**9:51** [1] - 52:18

## A

**A.M** [1] - 1:6
**a.m** [2] - 50:24, 52:18
**ability** [5] - 6:8, 10:12, 10:20, 39:5, 53:8
**able** [4] - 9:22, 26:23, 27:4, 37:12, 42:9
**above-entitled** [1] - 53:9
**absolutely** [1] - 40:23
**abundance** [1] - 52:11
**accident** [8] - 11:23, 19:18, 20:6, 20:20, 24:1, 24:4, 25:5, 25:10
**accordance** [2] - 6:9, 49:18
**according** [2] - 27:6, 42:1
**accountant** [1] - 28:18
**accounts** [2] - 49:13, 49:15
**acquaintances** [1] - 47:7
**acronym** [1] - 5:10
**Act** [3] - 5:9, 5:11, 5:14
**acted** [1] - 15:4
**action** [1] - 47:24
**Action** [1] - 3:10
**ACTION** [1] - 1:5
**actions** [1] - 5:8
**actual** [1] - 4:13
**Adams** [1] - 32:24
**added** [1] - 13:10
**additional** [1] - 48:2
**addressed** [1] - 7:2
**ADM** [2] - 35:1, 35:2
**administer** [1] - 3:21
**admission** [1] - 43:21
**admitted** [2] - 43:18, 45:7
**advises** [1] - 50:7
**advisor** [1] - 38:18
**affect** [1] - 39:4
**affiliation** [1] - 14:24
**ago** [8] - 12:6, 12:14, 16:11, 19:20, 20:6, 21:14, 23:5, 23:6
**agree** [1] - 18:16
**Agriculture** [1] - 35:25
**Ahmed** [4] - 4:22, 5:2, 5:13, 14:6
**AHMED** [1] - 1:8
**aid** [1] - 42:16
**AIDED** [1] - 1:25
**aids** [1] - 44:24
**airport** [1] - 37:19
**aisle** [1] - 20:2
**al** [1] - 3:11
**alert** [1] - 50:16
**alleges** [1] - 5:1
**allow** [2] - 6:14, 51:4
**allowing** [1] - 46:22
**almost** [4] - 13:6, 28:13, 47:20, 50:23
**alone** [1] - 46:2
**alternate** [2] - 12:7, 41:9
**alternative** [1] - 47:24
**AML** [1] - 38:12
**analyst** [1] - 36:3
**AND** [1] - 1:9
**Angeles** [1] - 22:20
**answer** [7] - 7:14, 10:5, 10:22, 17:10, 19:15, 40:4, 44:17
**answered** [2] - 7:4, 32:13
**answers** [8] - 3:24, 6:10, 6:19, 6:23, 11:4, 14:14, 15:1, 39:13
**antibiotics** [2] - 31:7, 31:8
**antimoney** [1] - 38:15
**anxiety** [1] - 28:22
**anyway** [1] - 37:12
**appearance** [1] - 46:5
**APPEARANCES** [1] - 1:14
**appeared** [1] - 26:3
**applicable** [4] - 5:24, 43:8, 49:18, 49:22
**applying** [1] - 45:19
**appointments** [1] - 29:25
**appreciate** [1] - 51:12
**approach** [1] - 18:24
**appropriate** [4] -
14:18, 43:10, 47:17, 47:24
**Archer** [1] - 35:3
**areas** [1] - 7:5
**arguments** [5] - 43:3, 43:4, 45:16, 45:19, 48:19
**Ariana** [1] - 37:1
**arisen** [1] - 49:7
**arising** [1] - 43:15
**arrive** [2] - 43:6, 50:2
**art** [1] - 37:15
**aside** [2] - 26:25, 27:5
**assets** [1] - 5:4
**assigned** [1] - 6:16
**assigning** [1] - 6:17
**assist** [1] - 50:18
**associated** [2] - 15:21, 46:18
**assumed** [1] - 6:2
**asthma** [1] - 31:9
**AT** [1] - 1:16
**attempt** [2] - 46:15, 46:19
**attention** [4] - 30:24, 30:25, 44:13, 47:23
**attitude** [1] - 46:6
**ATTORNEY** [1] - 1:16
**attorney** [4] - 13:18, 14:16, 15:4, 15:5
**attorneys** [9] - 14:13, 43:2, 43:23, 45:16, 45:18, 46:17, 46:25, 47:1, 47:10
**auto** [1] - 25:10
**automobile** [1] - 25:5
**available** [2] - 42:9, 45:8
**AVENUE** [2] - 1:17, 1:20
**avert** [1] - 47:13
**avoid** [1] - 46:22
**avoided** [1] - 47:21
**awarded** [1] - 12:2
**aware** [1] - 49:10

## B

**B-275** [1] - 1:22
**background** [1] - 26:11
**bad** [2] - 12:10, 47:20
**Barbier** [12] - 4:9, 4:13, 26:18, 42:9, 43:5, 43:9, 45:24, 46:21, 47:5, 48:19, 49:10, 50:16
**Barbier's** [3] - 39:19, 43:23, 47:23

**Barracks** [1] - 38:3
**Base** [1] - 38:4
**based** [4] - 5:23, 16:10, 48:3, 49:17
**Bath** [1] - 35:7
**bathroom** [1] - 47:15
**Baton** [1] - 36:21
**Becnel** [3] - 34:4, 34:5, 41:13
**become** [2] - 44:22, 49:10
**BEFORE** [1] - 1:12
**Beh** [4] - 13:21, 14:2, 14:3, 15:24
**BEH** [10] - 1:19, 3:15, 13:21, 14:3, 16:2, 39:16, 39:18, 40:14, 40:22, 50:13
**behalf** [1] - 26:3
**behavior** [1] - 46:6
**belief** [1] - 26:19
**beliefs** [1] - 26:25
**believability** [1] - 46:3
**believes** [1] - 19:4
**bell** [1] - 37:2
**bench** [8] - 8:11, 18:24, 19:1, 30:19, 32:9, 39:12, 40:9, 41:2
**benefit** [1] - 13:10
**Bernard** [4] - 33:20, 33:21, 36:11, 38:3
**best** [4] - 9:23, 15:6, 16:6, 53:8
**better** [3] - 8:3, 37:4, 37:6
**between** [1] - 41:25
**bias** [1] - 5:21
**biased** [1] - 47:21
**big** [1] - 50:8
**bills** [1] - 28:17
**bit** [5] - 4:15, 4:16, 8:1, 22:16, 30:23
**black** [1] - 36:25
**BlackBerry** [1] - 49:5
**blog** [1] - 49:6
**blogs** [1] - 48:12
**blood** [1] - 15:8
**boat** [1] - 34:20
**body** [1] - 9:7
**Bonita** [2] - 33:7, 33:10
**Bordelon** [4] - 33:6, 33:7, 33:10, 41:12
**box** [2] - 11:5, 19:14
**Brad** [1] - 34:20
**Bradley** [2] - 33:6, 41:12
**Braithwaite** [1] - 35:8

**breach** [1] - 47:25
**break** [2] - 22:15, 52:8
**breath** [1] - 9:13
**breathe** [1] - 9:17
**breathing** [1] - 31:9
**brief** [1] - 40:22
**bring** [1] - 11:6
**BROTHERS** [1] - 1:4
**Brothers** [11] - 3:11, 4:20, 4:21, 4:24, 4:25, 5:3, 5:4, 5:8, 14:20, 14:25, 17:7
**brought** [10] - 4:20, 21:21, 23:2, 23:3, 23:25, 24:12, 25:2, 27:2, 40:9
**brutality** [1] - 21:16, 22:1
**Bryan** [1] - 37:21
**building** [2] - 29:9, 50:3
**buildings** [1] - 38:6
**Burridge** [5] - 17:23, 17:25, 21:12, 27:22, 37:8
**business** [5] - 5:16, 16:20, 16:23, 27:23, 28:3, 34:9, 35:16, 37:22, 38:4, 38:5
**businesses** [2] - 34:7, 35:13
**Butler** [4] - 25:4, 25:7, 33:2, 41:12
**Butler-Richardson** [4] - 25:4, 25:7, 33:2, 41:12
**buy** [1] - 37:15
**BY** [3] - 1:19, 1:25, 1:25

# C

**calendar** [1] - 45:11
**California** [2] - 23:8, 23:9
**CALLED** [1] - 3:4
**cannot** [2] - 30:5, 51:7
**capable** [1] - 5:20
**capacity** [2] - 17:7, 26:2
**captain** [1] - 34:21
**car** [9] - 11:23, 19:18, 20:3, 20:6, 20:20, 24:1, 24:4, 28:4, 28:5
**care** [1] - 42:10
**career** [1] - 31:17
**careful** [2] - 44:21, 47:2

**carefully** [1] - 4:16
**Carl** [1] - 4:9
**case** [69] - 3:9, 4:1, 4:18, 4:19, 5:17, 5:18, 5:24, 6:22, 11:2, 11:15, 11:19, 11:22, 12:6, 12:15, 12:20, 12:22, 15:2, 15:13, 16:14, 16:17, 17:14, 18:1, 19:24, 20:12, 20:14, 20:23, 21:7, 21:13, 21:15, 21:17, 21:18, 22:5, 22:6, 26:7, 26:9, 26:16, 26:19, 27:6, 27:10, 27:13, 27:20, 37:4, 42:12, 42:14, 42:19, 43:8, 44:11, 45:15, 46:24, 47:2, 48:3, 48:7, 48:8, 48:9, 48:13, 48:14, 48:17, 48:18, 48:22, 48:24, 49:3, 49:5, 49:19, 49:21, 49:22, 49:24, 50:9, 52:13
**cases** [1] - 26:3
**Catalano** [2] - 19:17, 34:23, 34:24, 41:13
**catering** [1] - 33:13
**Cathy** [2] - 53:3, 53:12
**CATHY** [1] - 1:22
**Cathy_Pepper@laed .uscourts.gov** [1] - 53:14
**cathy_Pepper@laed. uscourts.gov** [1] - 1:24
**caution** [2] - 50:16, 52:11
**CCR** [2] - 1:22, 53:12
**cell** [1] - 49:1
**Cerise** [1] - 32:24
**certain** [2] - 7:5, 43:25
**CERTIFICATE** [1] - 53:1
**Certified** [3] - 53:3, 53:4, 53:12
**certify** [1] - 53:7
**challenge** [1] - 7:1
**challenged** [2] - 6:13, 41:7
**challenges** [1] - 6:15
**chance** [2] - 9:20, 39:2
**charged** [1] - 48:20
**CHARLES** [1] - 1:20
**Charlie** [1] - 32:24
**chat** [1] - 40:21
**check** [2] - 9:19, 52:13
**checks** [1] - 28:17
**Chef** [12] - 1:7, 3:11,

4:21, 4:23, 4:25, 5:1, 5:3, 5:5, 5:12, 13:23, 14:5, 17:7
**chef** [1] - 37:18
**Chef's** [1] - 5:4
**Chequita** [2] - 22:10, 37:17
**children** [1] - 34:25
**CI** [1] - 30:22
**CI's** [1] - 30:21
**circumstances** [1] - 46:10
**citizen** [6] - 18:9, 18:12, 18:15, 18:16, 19:4
**citizens** [5] - 17:16, 17:20, 18:3, 18:6, 18:19
**city** [1] - 32:15
**civic** [1] - 13:8
**CIVIL** [1] - 1:5
**Civil** [1] - 3:10
**civil** [6] - 4:19, 11:2, 19:11, 21:13, 21:18, 25:15
**claim** [10] - 19:10, 19:11, 19:18, 19:19, 20:19, 22:11, 23:24, 24:18, 24:19
**claims** [1] - 21:10
**clain** [1] - 19:17
**classes** [1] - 36:19
**cleaner's** [2] - 22:12, 22:16
**clear** [3] - 14:1, 14:10, 37:4
**clearly** [2] - 15:13, 15:25
**CLERK** [9] - 3:7, 3:10, 3:23, 40:20, 41:20, 41:23, 51:16, 51:23, 52:17
**client** [4] - 14:17, 14:20, 14:24, 36:3
**clients** [3] - 13:19, 13:22, 14:4
**closed** [1] - 48:19
**closing** [3] - 43:3, 43:4, 45:16
**clothing** [1] - 22:13, 23:19
**coffee** [3] - 51:14, 51:18, 52:4
**collecting** [1] - 5:5
**collectively** [1] - 7:3
**college** [1] - 34:16
**communicate** [1] - 49:4
**companies** [5] - 5:7, 13:23, 37:9
**company** [7] - 11:25,

14:21, 28:4, 33:13, 35:14, 35:18, 38:7
**Company** [1] - 35:7
**compared** [2] - 19:5, 40:5
**compassion** [1] - 27:5
**competency** [2] - 4:1, 6:7
**complete** [2] - 6:20, 27:19
**completely** [1] - 44:10
**complicated** [1] - 26:23
**comprehend** [1] - 7:24
**comprise** [1] - 41:8
**COMPUTER** [1] - 1:25
**COMPUTER-AIDED** [1] - 1:25
**concern** [2] - 17:25, 44:1
**concerning** [2] - 6:7, 44:18
**concluded** [2] - 32:10, 41:3
**conclusion** [3] - 42:24, 43:2, 49:20
**condition** [2] - 30:8, 31:1, 31:9
**conditions** [1] - 31:12
**conduct** [1] - 48:7
**conducted** [1] - 46:24
**conference** [5] - 19:1, 30:19, 32:9, 39:12, 41:3
**confident** [1] - 47:25
**confines** [1] - 48:15
**confused** [1] - 8:6
**confusing** [1] - 4:16
**connection** [1] - 15:12
**Connie** [1] - 15:16
**consequences** [1] - 48:1
**consider** [5] - 43:17, 43:25, 44:3, 44:5, 44:8
**consideration** [1] - 46:5
**considered** [1] - 7:3
**considering** [1] - 46:4
**consists** [1] - 43:17
**construction** [1] - 35:18
**consult** [1] - 48:10
**contained** [1] - 43:8
**contends** [2] - 5:8, 5:14
**continuing** [1] - 48:5
**contract** [1] - 4:24
**conversation** [2] -

46:15, 46:20
**CORPORATION** [1] - 1:9
**corporations** [3] - 13:19, 14:18, 48:8
**correct** [7] - 10:23, 18:7, 18:17, 22:2, 24:18, 24:20, 53:7
**counsel** [12] - 3:12, 3:14, 6:14, 7:11, 15:2, 18:23, 30:17, 32:5, 39:8, 42:22, 42:25, 45:23
**Counsel** [1] - 42:13
**country** [2] - 18:11, 27:24
**couple** [3] - 10:10, 28:24, 34:7
**course** [2] - 43:10, 46:14
**court** [25] - 4:6, 4:11, 7:8, 7:9, 11:3, 11:11, 19:2, 19:22, 20:7, 20:8, 21:13, 21:21, 22:12, 22:13, 22:19, 23:4, 24:14, 25:12, 25:13, 25:14, 30:15, 36:21, 43:21, 51:11, 52:19
**Court** [15] - 5:25, 6:11, 6:24, 22:20, 26:13, 42:2, 44:16, 49:22, 50:3, 53:4, 53:5, 53:6, 53:13, 53:14
**COURT** [184] - 1:1, 1:22, 3:4, 3:8, 3:12, 3:14, 3:17, 4:4, 8:1, 8:5, 8:9, 8:14, 8:18, 8:23, 9:3, 9:10, 9:13, 9:18, 10:3, 10:25, 11:9, 11:12, 11:14, 11:17, 11:21, 12:1, 12:3, 12:8, 12:12, 12:16, 12:19, 12:23, 12:25, 13:3, 13:5, 13:24, 14:9, 14:23, 15:17, 16:4, 17:4, 17:6, 17:9, 17:22, 17:25, 18:4, 18:8, 18:14, 18:18, 18:23, 19:3, 19:21, 19:23, 20:1, 20:4, 20:8, 20:12, 20:16, 20:18, 20:21, 20:23, 21:1, 21:3, 21:5, 21:9, 21:15, 21:17, 21:20, 21:23, 22:1, 22:3, 22:5, 22:8, 22:15, 22:19, 22:21, 22:23, 22:25, 23:2, 23:4,

23:7, 23:10, 23:13, 23:15, 23:17, 23:22, 23:24, 24:3, 24:6, 24:8, 24:11, 24:14, 24:17, 24:20, 24:22, 24:25, 25:7, 25:10, 25:12, 25:14, 25:16, 25:18, 25:22, 25:24, 27:4, 28:3, 28:5, 28:7, 28:11, 29:1, 29:3, 29:6, 29:8, 29:11, 29:17, 29:21, 29:24, 30:2, 30:7, 30:9, 30:13, 30:22, 31:2, 31:5, 31:7, 31:11, 31:15, 31:18, 31:22, 31:24, 32:1, 32:4, 32:11, 33:5, 33:9, 33:11, 33:14, 33:18, 33:23, 34:3, 34:6, 34:9, 34:14, 34:17, 34:22, 35:2, 35:5, 35:10, 35:15, 35:19, 35:23, 36:2, 36:4, 36:7, 36:12, 36:17, 37:1, 37:6, 37:13, 37:15, 37:20, 37:24, 38:1, 38:5, 38:8, 38:14, 38:16, 38:21, 38:24, 39:13, 39:17, 39:19, 40:7, 40:11, 40:17, 40:21, 40:23, 41:5, 41:21, 42:5, 50:14, 50:22, 51:17, 51:25
**Court's** [3] - 6:12, 44:2, 49:18
**courthouse** [4] - 27:14, 27:18, 27:19, 47:8
**courtroom** [7] - 15:9, 46:23, 48:5, 48:15, 50:4, 50:7, 52:19
**covered** [1] - 39:5
**Covington** [2] - 12:14, 36:9
**Crain** [4] - 12:13, 13:12, 36:13, 36:15
**created** [1] - 45:10
**creating** [1] - 47:20
**criminal** [7] - 4:19, 11:2, 12:6, 12:15, 12:19, 19:10, 21:17
**cripples** [1] - 28:2
**CRR** [2] - 1:22, 53:12
**CSO** [3] - 50:15, 51:23, 52:2
**CSX** [1] - 36:15
**Customs** [1] - 34:1
**Cynthia** [2] - 12:13,

36:13

## D

**damaged** [1] - 23:18
**damages** [4] - 5:5, 11:24, 12:2, 19:10
**damaging** [1] - 22:13
**Daniel** [1] - 35:3
**David** [6] - 15:16, 16:3, 17:23, 21:12, 27:22, 37:8
**DAY** [1] - 1:11
**days** [9] - 4:14, 27:13, 28:2, 28:8, 28:24, 28:25, 42:17, 48:24, 51:12
**deal** [1] - 34:10
**dealing** [2] - 29:20, 29:21
**dealings** [2] - 16:6, 17:6
**Debra** [6] - 8:21, 8:24, 20:5, 29:19, 35:20
**decide** [6] - 5:21, 12:7, 27:6, 46:2, 48:3, 48:13
**decision** [1] - 49:23
**decisions** [2] - 39:21, 41:6
**decorator** [1] - 37:11
**deep** [1] - 9:13
**defendant** [8] - 5:7, 5:17, 7:12, 20:21, 25:2, 41:25, 42:20, 42:25
**DEFENDANTS** [1] - 1:19
**defendants** [6] - 4:21, 5:12, 14:5, 14:12, 15:4, 47:9
**defendants'** [1] - 13:17
**defense** [4] - 3:14, 15:25, 18:24, 40:20
**degree** [1] - 10:12
**Deiereon** [2] - 30:5, 34:12
**Delaware** [1] - 37:18
**deliberate** [4] - 41:8, 43:6, 48:16, 48:18
**deliberating** [3] - 44:11, 44:19, 45:8
**deliberation** [4] - 45:13, 48:21, 49:23, 52:11
**deliberations** [1] - 44:17
**demonstrative** [1] -

45:9
**Dennis** [2] - 17:1, 36:8
**deny** [1] - 5:13
**department** [2] - 35:21, 38:21
**Department** [3] - 21:25, 35:25, 38:20
**depleting** [1] - 5:4
**deposition** [1] - 43:20
**DEPUTY** [9] - 3:7, 3:10, 3:23, 40:20, 41:20, 41:23, 51:16, 51:23, 52:17
**description** [1] - 16:10
**designed** [1] - 5:2
**desk** [1] - 51:2
**Destrehan** [1] - 35:1
**determination** [2] - 23:18, 46:2
**determine** [4] - 6:11, 43:13, 43:14, 46:1
**determined** [1] - 6:6
**develop** [1] - 6:6
**dictionaries** [1] - 48:11
**different** [1] - 44:25
**difficult** [4] - 8:5, 28:19, 28:20, 50:25
**difficulties** [1] - 7:17
**difficulty** [4] - 8:15, 10:6, 10:11, 40:1
**dire** [3] - 3:20, 6:3, 7:9
**DIRE** [2] - 2:5, 3:16
**direct** [1] - 50:6
**directed** [1] - 7:3
**DIROSA** [10] - 1:16, 3:13, 14:19, 15:15, 39:15, 40:6, 40:10, 40:15, 50:12, 50:21
**DiRosa** [2] - 14:19, 15:13
**discharged** [1] - 6:24
**disclose** [1] - 6:21
**discuss** [4] - 47:2, 48:17, 48:22
**discussed** [1] - 26:3
**discussing** [2] - 48:23, 50:9
**discussion** [1] - 32:9
**discussions** [2] - 16:12, 46:24
**dismiss** [2] - 42:8, 51:19
**dispatcher** [1] - 33:8
**disqualify** [1] - 6:22
**disregarding** [1] - 26:19
**distracted** [1] - 44:23
**distribution** [6] - 16:19, 16:20, 16:23,

17:3, 17:11, 34:10
**district** [2] - 4:8, 11:11
**DISTRICT** [2] - 1:1, 1:1
**District** [8] - 11:12, 22:20, 25:15, 33:22, 49:10, 53:6, 53:14
**divorced** [2] - 34:13, 35:9
**dizzy** [1] - 30:24
**documents** [2] - 10:14, 10:18
**dodge** [1] - 47:13
**domestics** [1] - 35:21
**Donna** [3] - 19:17, 34:23, 41:13
**donuts** [1] - 51:15
**down** [7] - 8:19, 9:7, 9:19, 20:2, 22:15, 32:6, 51:3
**downtown** [1] - 51:1
**Doxycycline** [1] - 31:6
**drag** [1] - 51:12
**dreading** [1] - 13:6
**drive** [3] - 29:6, 29:7, 29:8
**driving** [1] - 28:22
**drove** [1] - 29:9
**drowsy** [1] - 31:4
**Dufrene** [3] - 35:11, 35:14, 41:13
**during** [11] - 28:12, 31:19, 43:9, 44:17, 44:20, 45:7, 45:12, 45:24, 46:14, 47:11, 50:2
**duty** [5] - 6:8, 43:11, 43:13, 43:22, 43:24

## E

**early** [1] - 51:18
**Eastern** [3] - 11:12, 32:22, 53:6
**EASTERN** [1] - 1:1
**economically** [1] - 5:15
**Eddie** [2] - 14:22, 15:15
**Edelman** [1] - 38:18
**efficiently** [1] - 4:10
**eight** [3] - 41:7, 41:8, 43:6
**either** [6] - 6:12, 11:3, 17:7, 26:11, 27:5, 34:9, 47:9
**electronic** [1] - 48:12
**elementary** [1] - 33:25
**elevator** [1] - 47:13

**ELKINS** [1] - 1:19
**Elkins** [3] - 13:22, 14:4, 15:3
**email** [1] - 49:5
**EMPIRE** [1] - 1:8
**employed** [2] - 32:16, 35:8
**employee** [1] - 34:2
**employment** [1] - 32:22
**empty** [1] - 51:3
**enable** [1] - 6:11
**encountered** [1] - 26:20
**encounters** [1] - 47:18
**encourage** [1] - 13:9
**end** [4] - 7:11, 26:18, 43:10, 45:15
**engage** [6] - 43:16, 46:15, 46:19, 47:8
**Engine** [1] - 38:19
**engineer** [2] - 16:21, 38:3
**English** [2] - 7:18, 10:7
**enter** [2] - 5:1, 50:7
**ENTERPRISES** [1] - 1:7
**Enterprises** [4] - 4:22, 5:2, 5:12, 14:6
**entire** [1] - 11:1
**entitled** [5] - 17:20, 18:5, 45:5, 46:13, 53:9
**Eric** [1] - 38:13
**Ernest** [1] - 34:5
**ESQUIRE** [1] - 1:19
**essentially** [1] - 42:18
**et** [1] - 3:11
**evening** [1] - 27:16
**evidence** [30] - 5:23, 26:17, 26:24, 42:1, 42:16, 42:17, 42:18, 42:23, 42:24, 43:1, 43:2, 43:14, 43:15, 43:17, 43:19, 43:21, 43:23, 43:25, 44:5, 44:8, 45:7, 45:14, 45:18, 45:20, 46:3, 46:11, 48:4, 49:17, 49:21
**evident** [1] - 39:25
**EXAMINATION** [2] - 2:5, 3:16
**examination** [2] - 3:20, 6:4
**examine** [1] - 7:5
**exchange** [1] - 47:9
**excuse** [1] - 39:21
**excused** [2] - 6:12,
41:16
**exercise** [1] - 6:25
**exercised** [1] - 41:6
**exhibits** [5] - 43:18, 44:3, 44:14, 45:7, 45:9
**expect** [2] - 11:4, 15:12
**expected** [3] - 4:14, 6:19, 27:13
**experience** [9] - 11:18, 12:9, 13:1, 13:3, 20:12, 21:6, 22:5, 23:17, 25:18
**experiences** [1] - 27:1
**expert** [1] - 26:4
**explain** [1] - 40:17
**explained** [1] - 27:7
**EXPRESS** [1] - 1:8
**extend** [1] - 47:6
**eyes** [1] - 47:14

**F**

**fabrication** [1] - 35:17
**Facebook** [1] - 49:6
**fact** [4] - 19:23, 28:14, 47:12, 50:16
**facts** [5] - 16:10, 43:13, 46:1, 46:10
**faint** [1] - 9:8
**fainting** [1] - 30:23
**fair** [14] - 5:18, 10:21, 17:20, 18:6, 19:24, 20:13, 21:6, 22:6, 23:20, 25:20, 27:10, 40:4, 46:11, 49:24
**false** [1] - 6:23
**familiar** [1] - 37:3
**family** [6] - 15:5, 15:21, 16:5, 19:9, 35:13, 49:4
**far** [1] - 24:15
**fast** [1] - 51:3
**fault** [2] - 19:19, 20:6
**favor** [1] - 5:20
**fear** [1] - 5:20
**federal** [7] - 4:5, 4:11, 7:9, 11:3, 17:16, 21:13, 51:11
**feelings** [2] - 27:5, 45:22
**fellow** [2] - 48:17, 48:25
**Ferguson** [4] - 20:17, 20:18, 35:24, 41:14
**few** [5] - 16:11, 42:17, 48:24
**filed** [1] - 25:14
**Film** [1] - 33:22
**final** [1] - 48:19
**finally** [2] - 40:8, 49:20
**financial** [1] - 38:18
**Financial** [1] - 38:19
**fine** [2] - 40:10, 51:15
**finished** [3] - 34:15, 34:16, 50:23
**firm** [4] - 13:19, 14:17, 14:20, 15:3
**firmly** [1] - 27:4
**first** [13] - 7:17, 13:18, 19:14, 32:20, 39:20, 40:24, 41:7, 41:17, 48:21, 51:18, 52:1, 52:5, 52:13
**first-floor** [1] - 52:5
**fisherman** [1] - 35:9
**fleshed** [2] - 26:10, 39:3
**floor** [4] - 41:17, 52:3, 52:5, 52:13
**flow** [1] - 48:1
**fluids** [1] - 31:14
**focused** [1] - 30:25
**follow** [2] - 39:14, 43:11
**follow-up** [1] - 39:14
**following** [1] - 42:13
**Food** [1] - 33:8
**FOR** [2] - 1:16, 1:19
**foregoing** [1] - 53:7
**forever** [1] - 51:13
**form** [1] - 19:11
**forward** [1] - 39:8
**four** [5] - 4:14, 27:13, 28:25, 40:11, 48:4
**frame** [2] - 6:8, 26:12
**free** [1] - 37:7
**Friday** [2] - 27:24, 29:25
**friendly** [1] - 47:7
**friends** [1] - 49:4
**front** [4] - 10:16, 25:3, 26:8, 30:3
**frustrating** [1] - 12:10
**fuel** [1] - 4:24
**full** [1] - 44:12
**function** [1] - 8:15
**furnish** [1] - 44:16
**furthermore** [1] - 46:25

**G**

**Gail** [3] - 40:17, 40:24, 41:18
**Galliano** [1] - 37:23
**game** [1] - 46:11
**gas** [5] - 4:25, 16:20, 16:21, 16:22, 37:22
**general** [2] - 6:21, 35:15
**General** [1] - 38:10
**gentleman** [1] - 39:23
**gentlemen** [1] - 26:13
**Gillibrand** [1] - 37:11
**girlfriend** [1] - 37:10
**given** [5] - 5:24, 42:2, 43:4, 45:13, 49:23
**glad** [1] - 13:7
**God** [2] - 4:2, 42:2
**gosh** [1] - 23:5
**governed** [1] - 43:21
**Government** [1] - 33:21
**government** [1] - 17:16
**grand** [2] - 11:3, 11:9
**granted** [1] - 17:15
**great** [2] - 3:17, 51:25
**greater** [1] - 45:5
**Greg** [1] - 36:15
**Gregory** [1] - 37:18
**Griffin** [1] - 22:11
**group** [5] - 10:11, 11:1, 19:4, 21:11, 48:22
**guard** [1] - 51:2
**guess** [3] - 18:20, 21:19, 21:22
**guesswork** [1] - 43:16
**Guidry** [2] - 37:21, 37:23
**guilty** [1] - 12:24

**H**

**Hache** [1] - 35:7
**Haider** [1] - 16:3
**hall** [1] - 47:14
**halls** [1] - 50:8
**Hamden** [2] - 14:22, 15:15
**Hamilton** [2] - 38:2, 38:4
**hand** [6] - 3:23, 7:15, 12:4, 13:24, 16:24, 52:7
**handle** [1] - 40:18
**hands** [3] - 10:8, 13:15, 41:23
**hard** [4] - 7:23, 8:25, 9:4, 39:23
**hardship** [1] - 28:13
**Harris** [5] - 22:10, 23:23, 37:17, 37:18, 38:9
**heads** [1] - 27:8
**health** [4] - 31:1, 31:9, 31:12, 36:6
**hear** [7] - 5:9, 5:21, 14:1, 14:9, 32:12, 42:17, 47:5
**heard** [3] - 16:12, 44:18, 49:25
**HEARD** [1] - 1:12
**hearing** [10] - 7:24, 8:12, 8:16, 8:25, 9:4, 10:10, 10:11, 10:23, 15:11, 39:24
**held** [3] - 19:1, 30:19, 39:12
**hello** [1] - 47:8
**help** [5] - 4:2, 8:2, 42:2, 45:18, 48:13
**hereby** [1] - 53:6
**Hewett** [1] - 29:5
**hi** [2] - 25:4, 34:12
**high** [1] - 4:10
**history** [1] - 26:11
**hold** [4] - 3:20, 8:23, 12:16, 51:8
**holds** [1] - 51:4
**home** [2] - 31:21, 37:24
**homemaker** [1] - 37:25
**honest** [1] - 27:10
**Honor** [1] - 50:13
**HONORABLE** [1] - 1:12
**honored** [1] - 6:4
**hot** [2] - 9:16, 9:21
**hour** [1] - 9:19
**housekeeping** [1] - 42:10
**hundred** [1] - 14:21
**husband** [4] - 34:20, 34:25, 35:12, 35:14, 36:20, 38:12

**I**

**ideas** [1] - 26:19
**identified** [3] - 10:10, 40:13, 46:19
**identify** [1] - 15:13, 32:15
**identifying** [1] - 15:25
**ignore** [1] - 44:9
**immediate** [2] - 15:5, 15:21
**immediately** [2] - 46:21, 47:5
**immigrants** [1] - 17:14
**impact** [3] - 10:12,

10:20, 13:1
**impaired** [1] - 8:12
**impartial** [9] - 5:19, 19:24, 20:13, 21:7, 22:6, 23:20, 25:20, 27:11
**impartiality** [3] - 6:2, 6:5, 47:19
**important** [2] - 44:12, 49:9
**impression** [2] - 47:19, 47:20
**improbability** [1] - 46:9
**inclination** [1] - 46:8
**inclined** [1] - 18:16
**include** [1] - 27:17
**includes** [1] - 49:3
**including** [1] - 42:25
**independent** [2] - 45:3, 48:7
**indicate** [1] - 45:25
**individually** [1] - 7:4
**individuals** [4] - 13:20, 14:18, 16:5, 48:8
**industry** [2] - 34:4, 34:10
**inferences** [1] - 43:15
**influence** [3] - 17:17, 19:23, 20:13
**influenced** [2] - 45:4, 45:21
**information** [4] - 16:9, 32:4, 48:13, 48:14
**infuriate** [1] - 51:8
**innocent** [1] - 47:18
**inquiry** [2] - 6:2, 7:6
**Instagram** [1] - 49:6
**installation** [1] - 37:22
**instance** [1] - 44:7
**instead** [1] - 8:11
**instructed** [1] - 44:7
**INSTRUCTIONS** [1] - 42:4
**instructions** [9] - 26:18, 42:7, 43:5, 43:9, 43:12, 48:3, 49:8, 49:11, 49:18
**INSTRUCTIONS........ ..............** [1] - 2:7
**instructs** [1] - 49:22
**insurance** [6] - 11:16, 11:24, 19:18, 20:10, 24:17, 24:19
**intelligent** [1] - 6:14
**intend** [3] - 15:14, 16:1, 16:2
**intended** [2] - 45:17, 45:25

**interest** [2] - 5:7, 46:6
**interests** [1] - 18:15
**interior** [1] - 37:11
**Internet** [2] - 48:12, 49:2
**interrupt** [1] - 13:24
**introduce** [2] - 42:23, 42:25
**introduced** [1] - 42:18
**investigators** [2] - 38:12, 38:14
**invite** [2] - 7:11, 18:23
**invited** [1] - 50:20
**invoke** [1] - 50:10
**involved** [3] - 18:19, 44:22, 48:8
**iPhone** [1] - 49:5
**IRS** [1] - 29:9
**issue** [3] - 7:23, 8:16, 9:5
**issues** [2] - 5:22, 10:10, 41:25

# J

**jacket** [1] - 36:25
**Jackson** [2] - 29:5, 38:3
**Jacques** [1] - 33:3
**JADALLAH** [1] - 1:7
**Jadallah** [8] - 4:22, 5:2, 5:6, 5:12, 14:6, 14:7, 15:16, 16:2
**Janis** [2] - 4:5, 32:21
**JANIS** [1] - 1:12
**Jefferson** [7] - 11:13, 11:14, 33:7, 34:25, 35:8, 36:1, 36:6
**Jim** [1] - 38:19
**job** [2] - 9:15, 9:22
**jobs** [1] - 34:14
**Johnny** [1] - 33:16
**joined** [1] - 41:25
**Joseph** [1] - 14:19
**JOSEPH** [1] - 1:16
**JR** [1] - 1:16
**Judge** [15] - 4:13, 26:18, 39:19, 42:9, 43:5, 43:9, 43:23, 45:24, 46:21, 47:5, 47:23, 48:19, 49:10, 50:16
**JUDGE** [1] - 1:13
**judge** [7] - 4:6, 4:7, 4:8, 22:23, 26:25, 32:21, 43:24
**judges** [1] - 7:9
**Juror** [12] - 10:23, 17:1, 19:18, 20:5,

21:13, 23:23, 27:23, 28:21, 32:25, 40:1, 40:3, 40:8
**JUROR** [157] - 7:22, 8:4, 8:6, 8:12, 8:17, 8:21, 8:24, 9:6, 9:11, 9:16, 9:23, 10:24, 11:8, 11:11, 11:13, 11:16, 11:20, 11:23, 12:2, 12:5, 12:11, 12:13, 12:18, 12:21, 12:24, 13:2, 13:4, 17:1, 17:5, 17:8, 17:21, 17:23, 18:3, 18:7, 18:9, 18:17, 18:20, 19:17, 19:22, 19:25, 20:3, 20:5, 20:10, 20:15, 20:17, 20:20, 20:22, 20:25, 21:2, 21:4, 21:8, 21:12, 21:16, 21:18, 21:21, 21:24, 22:2, 22:4, 22:7, 22:9, 22:18, 22:20, 22:22, 22:24, 23:1, 23:3, 23:5, 23:8, 23:12, 23:14, 23:16, 23:21, 23:23, 24:1, 24:4, 24:7, 24:10, 24:13, 24:15, 24:19, 24:21, 24:24, 25:4, 25:9, 25:11, 25:13, 25:15, 25:17, 25:21, 25:23, 27:22, 28:4, 28:6, 28:9, 28:14, 28:21, 29:2, 29:4, 29:7, 29:9, 29:15, 29:19, 29:22, 30:1, 30:5, 30:8, 30:11, 30:20, 30:23, 31:3, 31:6, 31:8, 31:13, 31:16, 31:20, 31:23, 31:25, 32:2, 33:1, 33:6, 33:10, 33:12, 33:15, 33:19, 33:24, 34:4, 34:7, 34:11, 34:12, 34:15, 34:18, 34:23, 35:3, 35:6, 35:11, 35:17, 35:20, 35:24, 36:3, 36:5, 36:8, 36:13, 36:18, 37:3, 37:8, 37:14, 37:16, 37:21, 37:25, 38:2, 38:7, 38:9, 38:11, 38:15, 38:17, 38:22, 51:21
**juror** [24] - 4:1, 4:18, 6:7, 6:20, 6:24, 9:22, 10:13, 10:21, 11:2, 11:10, 11:11, 11:19, 12:14, 21:7, 22:6,

23:20, 25:20, 26:9, 26:15, 28:11, 40:8, 46:20, 48:25
**juror's** [4] - 6:1, 6:9, 45:5, 49:11
**Jurors** [1] - 39:22
**jurors** [22] - 3:18, 3:19, 4:8, 4:12, 5:19, 6:5, 14:1, 15:17, 39:10, 41:8, 41:10, 41:19, 43:11, 45:4, 45:6, 46:14, 46:22, 47:3, 48:3, 48:18, 50:23, 51:15
**jury** [30] - 4:11, 5:19, 5:24, 11:3, 11:5, 11:18, 12:1, 12:8, 12:23, 12:25, 13:7, 13:14, 22:21, 22:22, 23:11, 39:3, 39:5, 41:8, 41:17, 41:22, 44:10, 45:13, 48:20, 50:4, 50:5, 51:24, 52:1, 52:5, 52:18
**JURY** [5] - 1:12, 2:6, 2:7, 41:4, 42:4
**justice** [1] - 7:1

# K

**keep** [3] - 4:9, 13:9, 48:24
**Kevin** [1] - 36:20
**Kim** [1] - 37:23
**kind** [7] - 11:14, 26:22, 28:2, 38:14, 46:16, 51:16, 51:17
**Kliebert** [7] - 8:21, 8:24, 20:5, 29:19, 35:20, 35:22, 35:23
**Kliendorf** [1] - 35:23
**knowledge** [3] - 15:6, 15:20, 16:6
**known** [1] - 6:3
**Knudsen** [2] - 36:18, 36:20

# L

**L.L.C** [11] - 3:11, 4:20, 4:21, 4:22, 13:23, 14:5, 14:6, 14:20
**LA** [3] - 1:17, 1:20, 1:23
**lack** [1] - 47:19
**lady** [2] - 11:6, 36:24
**Lafourche** [2] - 29:2, 34:20
**LaFrance** [2] - 7:22,

35:6
**landlord** [5] - 22:14, 23:2, 23:10, 23:19, 36:14
**Landmark** [1] - 33:8
**language** [2] - 7:19, 10:7
**largely** [1] - 43:10
**last** [6] - 4:14, 27:13, 28:2, 28:8, 28:15, 39:2
**Latoya** [1] - 36:5, 38:11
**laundering** [1] - 38:15
**Laura** [1] - 33:15
**law** [18] - 5:16, 5:24, 6:1, 6:16, 13:18, 14:17, 14:20, 26:17, 26:20, 26:24, 27:7, 42:1, 43:8, 43:22, 45:19, 48:20, 49:18, 49:22
**LAW** [1] - 1:16
**lawsuit** [3] - 24:18, 25:19, 26:1
**lawsuits** [3] - 21:10, 24:23, 25:1
**lawyer** [3] - 14:23, 32:22, 32:24
**lawyers** [7] - 7:8, 8:11, 9:14, 10:14, 30:14, 41:5, 45:20
**leasing** [2] - 38:4, 38:5
**least** [1] - 27:15
**leave** [1] - 30:15
**leaves** [1] - 52:18
**left** [1] - 28:15
**legal** [13] - 15:4, 17:14, 17:19, 18:1, 18:3, 18:4, 18:5, 18:15, 18:18, 19:6, 40:4
**legitimate** [1] - 5:16
**less** [1] - 11:18
**Lewis** [1] - 33:15
**liability** [3] - 5:3, 13:23, 14:21
**life** [1] - 27:1
**likewise** [1] - 46:18
**limited** [2] - 13:23, 14:21
**line** [1] - 51:2
**LinkedIn** [1] - 49:6
**Lisa** [5] - 25:4, 33:2, 35:11, 41:12, 41:13
**list** [1] - 40:14
**listen** [4] - 4:16, 10:13, 49:14
**listening** [1] - 42:19
**live** [22] - 28:22, 29:1,

32:16, 32:23, 33:2, 33:7, 33:17, 33:20, 34:4, 34:19, 35:1, 35:7, 35:25, 36:6, 36:9, 37:10, 37:23, 38:2, 38:10, 38:12, 38:17
**lives** [1] - 18:11
**living** [2] - 31:15, 31:17
**LLC** [6] - 1:4, 1:7, 1:7, 1:8, 1:8
**LNV** [1] - 1:9
**loan** [1] - 37:17
**Lockport** [3] - 29:2, 34:19
**loiter** [1] - 50:7
**Longo** [1] - 15:15
**look** [1] - 50:14
**looking** [2] - 10:18, 37:14
**looks** [1] - 37:3
**Los** [1] - 22:20
**loud** [2] - 14:1, 14:10
**louder** [1] - 8:4
**LOUISIANA** [2] - 1:1, 1:5
**Louisiana** [11] - 5:8, 5:10, 5:13, 32:22, 34:19, 35:1, 36:9, 37:23, 38:18, 53:5, 53:6
**lovely** [1] - 37:13
**LPD** [1] - 38:23
**luck** [1] - 51:19
**Luling** [1] - 34:5
**LUTPA** [2] - 5:10, 5:13

## M

**ma'am** [35] - 3:13, 3:15, 8:17, 8:20, 8:23, 9:3, 10:3, 10:24, 11:9, 12:9, 12:17, 12:18, 12:21, 13:2, 13:4, 16:2, 17:5, 19:16, 19:25, 20:25, 21:8, 23:12, 23:21, 23:24, 24:9, 24:25, 25:3, 29:1, 29:11, 29:14, 30:2, 30:4, 33:18, 39:18
**machine** [1] - 51:11
**magistrate** [2] - 4:6, 32:21
**MAGISTRATE** [1] - 1:13
**manage** [1] - 38:11
**management** [1] -

36:3
**manager** [5] - 28:9, 35:4, 35:21, 37:22, 38:13
**Mandeville** [1] - 38:18
**manner** [1] - 15:22
**map** [1] - 42:19
**marriage** [1] - 15:9
**married** [16] - 32:18, 32:23, 33:3, 33:7, 33:16, 33:22, 34:1, 34:5, 34:13, 34:24, 35:22, 36:15, 36:19, 37:17, 37:23, 38:19
**marshal** [1] - 50:6
**marshall** [1] - 50:6
**Maryland** [1] - 12:6
**materials** [1] - 50:6
**Matherne** [3] - 28:21, 34:18, 34:20
**matter** [3] - 14:5, 15:4, 53:9
**matters** [2] - 6:21, 48:7
**mean** [5] - 8:9, 18:20, 21:18, 28:17, 28:23
**meaning** [4] - 8:7, 8:14, 17:15
**meanings** [1] - 8:15
**means** [5] - 27:17, 43:19, 47:15, 48:5, 48:22
**MECHANICAL** [1] - 1:25
**medical** [2] - 9:5, 30:8
**medication** [4] - 30:20, 31:2, 31:3, 3:16
**MEERVELD** [1] - 1:12
**Meerveld** [2] - 4:5, 32:21
**meeting** [1] - 40:22
**member** [6] - 11:2, 15:5, 15:20, 16:5, 19:9, 35:13
**members** [1] - 15:3
**memory** [4] - 44:24, 44:25, 45:3
**mental** [1] - 36:6
**merely** [1] - 42:16
**Merit** [2] - 53:4, 53:13
**merits** [1] - 27:6
**Merv** [1] - 22:11
**message** [1] - 49:5
**Metairie** [1] - 33:25
**METAIRIE** [1] - 1:17
**methodically** [1] - 19:13
**Meyer** [3] - 33:20, 38:10, 41:12

**mic** [1] - 20:2
**Michael** [1] - 34:24
**microphone** [7] - 8:23, 11:6, 13:25, 14:16, 24:3, 30:16, 32:14
**middle** [1] - 36:25
**Midland** [1] - 35:3
**might** [8] - 6:21, 6:24, 9:22, 10:12, 10:14, 10:20, 13:1, 37:11
**Military** [1] - 38:3
**mind** [9] - 6:8, 13:9, 26:12, 31:11, 36:23, 39:1, 39:4, 49:24, 50:1
**mine** [2] - 22:13, 40:15
**minute** [3] - 32:5, 32:11, 41:15
**minutes** [2] - 16:11, 28:22
**miscarriage** [1] - 7:1
**misleading** [1] - 6:23
**miss** [1] - 44:23
**missed** [1] - 28:16
**missing** [2] - 28:12, 51:7
**moment** [1] - 49:12
**MONDAY** [2] - 1:6, 3:3
**money** [1] - 19:11
**monitors** [1] - 10:19
**morning** [18] - 3:8, 3:18, 8:2, 13:6, 13:21, 14:3, 27:15, 28:16, 28:23, 33:19, 42:11, 47:7, 50:2, 51:7, 51:14, 51:18, 51:22, 52:12
**most** [1] - 13:8
**mostly** [1] - 7:9
**motion** [1] - 6:13
**motor** [1] - 4:24
**move** [2] - 21:11, 39:17
**MR** [18] - 3:13, 3:15, 13:21, 14:3, 14:19, 15:15, 16:2, 39:15, 39:16, 39:18, 40:6, 40:10, 40:14, 40:15, 40:22, 50:12, 50:13, 50:21
**Murphy** [5] - 12:5, 17:2, 36:10, 38:17, 38:19
**must** [11] - 43:15, 44:9, 45:21, 46:2, 47:1, 47:5, 48:3, 48:6, 49:2, 49:10, 49:16

## N

**name** [42] - 4:5, 7:16, 7:21, 7:22, 8:20, 8:24, 11:7, 13:18, 13:21, 14:3, 14:16, 14:17, 14:19, 16:24, 17:22, 19:17, 20:4, 21:12, 22:9, 27:22, 30:4, 32:18, 32:20, 33:1, 33:6, 33:15, 33:19, 34:12, 34:23, 35:11, 35:20, 35:24, 36:5, 36:8, 36:13, 36:18, 37:1, 37:8, 37:16, 37:21, 41:11
**named** [1] - 14:13
**names** [6] - 13:19, 14:9, 14:17, 15:14, 41:7, 41:10
**Nashat** [1] - 16:3
**nature** [2] - 20:19, 21:15, 35:15
**Navy** [2] - 38:20, 38:21
**necessary** [2] - 27:19, 49:16
**need** [9] - 9:14, 17:10, 27:23, 27:24, 41:18, 52:13
**needed** [1] - 50:19
**needs** [2] - 34:25, 50:16
**negative** [1] - 21:6
**nerve** [1] - 9:8
**nervous** [6] - 9:6, 9:10, 9:11, 9:14, 9:17, 40:2
**never** [1] - 12:7
**New** [11] - 13:22, 14:4, 21:24, 29:8, 32:23, 37:9, 37:10, 37:19, 38:10, 38:12
**NEW** [3] - 1:5, 1:20, 1:23
**Newman** [1] - 37:1
**news** [1] - 49:15
**newspaper** [1] - 49:13
**next** [8] - 14:7, 14:22, 21:11, 28:24, 29:16, 29:20, 42:17, 48:24
**night** [2] - 27:24, 33:8
**NO** [1] - 1:5
**nonetheless** [1] - 47:19
**nonprofit** [1] - 38:13
**NORTH** [1] - 1:17
**North** [1] - 37:18
**note** [1] - 44:22
**note-taking** [1] - 44:22

**notes** [8] - 44:20, 44:21, 44:23, 44:25, 45:1, 45:2, 45:4, 45:5
**notify** [1] - 47:5
**notions** [1] - 26:19
**Number** [20] - 7:23, 10:23, 11:8, 12:5, 12:17, 17:23, 17:24, 19:18, 20:17, 21:13, 22:10, 24:8, 25:8, 27:23, 29:19, 32:25, 39:23, 40:1, 40:3, 40:8
**number** [9] - 7:15, 7:21, 8:20, 11:7, 16:24, 17:22, 20:4, 29:17, 30:4
**numbered** [1] - 53:9
**nurse** [2] - 33:2, 35:12

## O

**oath** [2] - 3:21, 6:9
**object** [1] - 43:23
**objection** [4] - 44:3, 44:4, 44:6, 44:8
**objections** [2] - 43:24, 44:2
**objectively** [1] - 5:22
**obligation** [2] - 47:16, 47:25
**obtain** [1] - 48:13
**occupation** [1] - 32:16
**occurs** [1] - 47:4
**OF** [4] - 1:1, 1:12, 2:5, 3:16
**off-the-record** [1] - 32:9
**offended** [2] - 37:13, 47:12
**offender** [1] - 12:22
**offense** [1] - 47:15
**offering** [1] - 30:13
**Office** [1] - 33:21
**office** [1] - 27:25
**officer** [2] - 36:21, 37:17
**OFFICIAL** [1] - 1:22
**Official** [2] - 53:5, 53:13
**offshore** [2] - 33:13, 37:22
**oil** [8] - 16:19, 16:22, 17:3, 17:10, 34:8, 34:10, 37:22
**Oil** [4] - 16:21, 17:2, 35:7, 36:10
**oiled** [1] - 51:11

once [1] - 29:10
one [15] - 5:19, 5:22, 12:16, 26:7, 26:13, 26:22, 27:25, 40:3, 40:23, 41:9, 48:23, 51:7, 51:21, 52:7
ones [1] - 40:14
open [3] - 13:9, 19:3, 30:15
opening [5] - 42:14, 42:15, 42:20, 42:21
operated [1] - 4:25
operating [1] - 35:16
opinion [2] - 16:16, 45:25
opportunity [1] - 30:13
orange [1] - 11:6
order [3] - 32:15, 42:6, 42:13
ORDER [1] - 3:4
ordered [3] - 44:6, 44:9, 49:12
Orleans [15] - 13:22, 14:4, 21:24, 25:16, 25:17, 29:8, 32:23, 33:3, 33:4, 37:9, 37:10, 37:19, 38:10, 38:12
ORLEANS [3] - 1:5, 1:20, 1:23
otherwise [1] - 49:3
outcome [1] - 46:7
outlining [1] - 42:14
outside [4] - 19:1, 37:24, 46:23, 48:15
overhear [1] - 47:4
overruled [1] - 44:4
own [7] - 6:13, 28:4, 35:13, 35:17, 37:9, 44:14, 45:2
owned [5] - 4:25, 5:7, 14:7, 14:21, 34:7
owning [1] - 35:16

**P**

PAGE [1] - 2:3
paid [1] - 20:10
panel [1] - 52:18
paraeducator [1] - 34:24
Parish [17] - 11:13, 11:14, 12:14, 25:16, 25:17, 29:2, 33:3, 33:4, 33:7, 33:20, 33:21, 34:20, 34:25, 35:8, 36:1, 36:6, 36:11

park [1] - 50:25
part [2] - 44:23, 51:13
partial [1] - 47:20
participated [1] - 26:1
particular [2] - 39:9, 39:10
particularly [2] - 12:10, 47:1
parties [15] - 6:14, 6:16, 7:7, 17:13, 18:2, 26:7, 27:6, 45:23, 46:8, 46:16, 46:25, 47:1, 47:10, 49:25, 50:9
party [4] - 6:13, 26:2, 42:14, 50:10
pass [2] - 20:2, 31:20
pass-on [1] - 31:20
passing [1] - 47:14
passion [1] - 5:21
past [1] - 28:20
Patricia [2] - 34:4, 41:13
pay [4] - 20:11, 28:17, 30:24
payroll [1] - 28:18
Peggy [2] - 12:5, 38:17
penicillin [1] - 31:6
people [7] - 9:14, 9:24, 13:8, 13:14, 31:12, 36:24, 50:9
people's [1] - 9:1
PEPPER [1] - 1:22
Pepper [3] - 53:3, 53:11, 53:12
percent [3] - 5:7, 14:7, 14:21
peremptories [1] - 40:18
peremptory [3] - 6:15, 6:25, 40:25
perfect [2] - 3:24, 33:5
perhaps [2] - 8:3, 26:4
period [1] - 27:18
permanent [1] - 17:15
permitted [1] - 43:25
Perry [4] - 11:8, 33:24, 34:1, 41:13
person [5] - 15:9, 19:19, 43:20, 46:18
personal [2] - 8:9, 45:21
PETROLEUM [1] - 1:4
Petroleum [5] - 3:11, 4:20, 14:20, 14:25, 17:7
Pharmacy [1] - 38:10
phones [1] - 49:1
pick [1] - 4:11

picked [4] - 4:8, 4:18, 9:12, 13:6
pills [1] - 9:8
pivotal [1] - 51:6
place [1] - 50:18
placed [1] - 46:23
plaintiff [17] - 4:20, 5:1, 5:17, 7:12, 14:15, 18:23, 20:21, 20:22, 20:23, 21:20, 24:11, 25:6, 25:19, 41:25, 42:13, 42:22, 47:9
PLAINTIFF [1] - 1:16
plaintiff's [2] - 14:16, 42:24
plaintiffs [1] - 3:12
play [1] - 4:17
PLC [4] - 1:19, 13:22, 14:4, 15:3
pockets [1] - 51:3
point [5] - 18:25, 30:18, 32:8, 39:11, 41:2
Pointe [1] - 35:7
Police [1] - 21:24
police [1] - 22:1
policeman [1] - 36:20
position [1] - 46:23
possibility [1] - 47:3
possible [1] - 44:16
post [1] - 38:3
POYDRAS [1] - 1:22
practice [1] - 39:19
Practices [3] - 5:9, 5:11, 5:14
preferential [1] - 19:5
prejudice [2] - 5:21, 45:22
prejudices [1] - 27:1
preK [1] - 36:19
PRELIMINARY [2] - 2:7, 42:4
preop [1] - 29:22
preparer [2] - 29:5, 34:19
presence [1] - 19:1
present [1] - 4:9
presentation [1] - 45:24
presented [6] - 5:23, 26:17, 26:24, 48:4, 49:17, 49:21
presently [1] - 36:9
preside [1] - 4:13
pretty [4] - 13:8, 13:11, 39:25, 40:15
prevent [1] - 5:4
previously [2] - 35:12, 45:16

principal [1] - 33:25
priority [1] - 4:11
probability [1] - 46:9
problem [1] - 10:19
problems [2] - 29:12, 39:13
proceed [1] - 42:12
proceeding [1] - 51:6
proceedings [6] - 18:25, 30:18, 32:8, 39:11, 41:2, 53:9
PROCEEDINGS [3] - 1:12, 1:25, 3:1
process [2] - 6:4, 13:10
PRODUCED [1] - 1:25
Productions [1] - 22:11
program [1] - 38:13
projected [1] - 10:14
property [1] - 36:14
propounded [2] - 3:25, 6:19
PROSPECTIVE [156] - 7:22, 8:4, 8:6, 8:12, 8:17, 8:21, 8:24, 9:6, 9:11, 9:16, 9:23, 10:24, 11:8, 11:11, 11:13, 11:16, 11:20, 11:23, 12:2, 12:5, 12:11, 12:13, 12:18, 12:21, 12:24, 13:2, 13:4, 17:1, 17:5, 17:8, 17:21, 17:23, 18:3, 18:7, 18:9, 18:17, 18:20, 19:17, 19:22, 19:25, 20:3, 20:5, 20:10, 20:15, 20:17, 20:20, 20:22, 20:25, 21:2, 21:4, 21:8, 21:12, 21:16, 21:18, 21:21, 21:24, 22:2, 22:4, 22:7, 22:9, 22:18, 22:20, 22:22, 22:24, 23:1, 23:3, 23:5, 23:8, 23:12, 23:14, 23:16, 23:21, 23:23, 24:1, 24:4, 24:7, 24:10, 24:13, 24:15, 24:19, 24:21, 24:24, 25:4, 25:9, 25:11, 25:13, 25:15, 25:17, 25:21, 25:23, 27:22, 28:4, 28:6, 28:9, 28:14, 28:21, 29:2, 29:4, 29:7, 29:9, 29:15, 29:19, 29:22, 30:1, 30:5, 30:8, 30:11, 30:20, 30:23, 31:3,

31:6, 31:8, 31:13, 31:16, 31:20, 31:23, 31:25, 32:2, 33:1, 33:6, 33:10, 33:12, 33:15, 33:19, 33:24, 34:4, 34:7, 34:11, 34:12, 34:15, 34:18, 34:23, 35:3, 35:6, 35:11, 35:17, 35:20, 35:24, 36:3, 36:5, 36:8, 36:13, 36:18, 37:3, 37:8, 37:14, 37:16, 37:21, 37:25, 38:2, 38:7, 38:9, 38:11, 38:15, 38:17, 38:22
prospective [5] - 3:19, 6:5, 6:7, 14:1, 15:17
protect [1] - 5:3
purpose [1] - 6:6
purposes [1] - 5:16
put [3] - 6:10, 10:18, 27:4

**Q**

qualification [1] - 4:1
qualifications [2] - 6:1, 6:5
qualified [2] - 5:18, 5:19
questioning [1] - 7:11
questions [12] - 3:25, 6:10, 6:19, 7:2, 7:7, 7:13, 26:10, 39:4, 39:6, 39:9, 44:18, 52:8

**R**

radio [1] - 49:16
Railroad [1] - 36:16
raise [3] - 3:23, 7:15, 41:23
ranch [1] - 33:16
Ransel [1] - 35:22
Raquel [2] - 20:17, 35:24, 41:14
rather [2] - 30:15, 52:1
Raymond [1] - 34:1
reach [2] - 48:6, 49:20
reaching [1] - 19:24, 20:13, 26:20
read [2] - 16:11, 49:13
reading [2] - 7:18, 10:6
ready [7] - 3:12, 4:12, 27:14, 40:24, 42:11, 50:24, 51:9

**real** [2] - 9:16, 9:17
**realize** [1] - 47:22
**really** [6] - 9:1, 9:14, 9:24, 13:7, 27:24, 39:2
**Realtime** [2] - 53:3, 53:12
**reason** [9] - 6:17, 6:22, 26:8, 26:12, 27:9, 27:16, 39:3, 50:4, 50:8
**reasonable** [2] - 5:15, 43:14
**reasons** [1] - 44:2
**rebuttal** [1] - 43:1
**receive** [1] - 46:13
**recently** [1] - 32:17
**recess** [2] - 50:3, 52:19
**recognize** [2] - 28:11, 36:24
**recollection** [1] - 45:6
**recollections** [1] - 44:15
**record** [6] - 10:8, 13:15, 29:18, 32:7, 32:9, 53:8
**RECORDED** [1] - 1:25
**Reese** [1] - 32:24
**reference** [1] - 48:11
**referred** [1] - 5:10
**refined** [1] - 17:3
**refinery** [1] - 17:4
**reflect** [2] - 10:8, 13:15
**regard** [1] - 10:22
**regarding** [1] - 45:6
**region** [1] - 35:4
**Registered** [1] - 53:3
**registered** [3] - 33:2, 35:12, 53:13
**regular** [2] - 11:10, 11:11
**related** [1] - 15:8
**relation** [1] - 46:7
**relax** [1] - 9:22
**relief** [1] - 19:11
**rely** [3] - 44:14, 44:25, 45:2
**remain** [3] - 41:15, 50:5
**remaining** [1] - 41:7
**remark** [1] - 45:23
**remarks** [2] - 47:4
**remember** [5] - 11:21, 23:6, 36:24, 45:17, 50:25
**remembers** [1] - 37:5
**render** [9] - 5:22, 21:6, 22:5, 23:19, 25:19,

26:16, 26:23, 27:10, 42:1
**rental** [3] - 28:4, 28:5, 36:14
**reorder** [1] - 41:18
**repeat** [2] - 24:3, 26:22
**report** [4] - 46:21, 49:10, 51:21, 52:12
**reported** [1] - 49:14
**Reporter** [7] - 53:3, 53:4, 53:5, 53:12, 53:13, 53:13
**REPORTER** [1] - 1:22
**reporter** [1] - 19:2
**REPORTER'S** [1] - 53:1
**reports** [2] - 49:15, 49:16
**representatives** [1] - 46:17
**required** [5] - 6:20, 27:14, 42:14, 42:21, 50:4
**requirement** [1] - 49:9
**research** [4] - 31:21, 31:24, 31:25, 48:7
**residence** [1] - 17:15
**resident** [6] - 18:15, 18:18, 18:19, 19:6, 40:4, 40:5
**residents** [5] - 17:19, 18:1, 18:3, 18:4, 18:5
**response** [9] - 16:13, 16:15, 16:18, 17:18, 19:7, 25:25, 26:14, 27:12, 39:7
**response)** [3] - 15:19, 15:23, 16:7
**responsibility** [1] - 13:8
**responsible** [1] - 5:20
**rest** [3] - 10:11, 31:13, 31:14
**result** [2] - 6:23, 7:1
**retail** [1] - 33:16
**retained** [1] - 31:11
**retire** [3] - 48:16, 48:18, 48:20
**retired** [13] - 17:2, 32:17, 33:25, 34:1, 34:5, 35:1, 35:6, 35:22, 36:9, 36:10, 36:15, 36:20, 38:19
**return** [4] - 4:12, 41:17, 42:12, 50:24
**review** [1] - 10:14
**rewarding** [1] - 13:9
**Richard** [1] - 38:2

**Richardson** [5] - 25:4, 25:7, 33:2, 33:3, 41:12
**rights** [2] - 18:12, 19:5
**ring** [1] - 37:1
**rise** [2] - 3:7, 52:17
**risk** [1] - 50:8
**RMR** [2] - 1:22, 53:12
**road** [1] - 42:19
**roll** [1] - 42:11
**ROOM** [1] - 1:22
**room** [13] - 9:21, 10:18, 41:17, 44:10, 45:13, 48:21, 50:5, 50:15, 51:24, 52:1, 52:5, 52:12
**Rouge** [1] - 36:21
**row** [5] - 16:24, 19:14, 21:10, 25:3, 30:3
**rule** [3] - 43:24, 50:11, 50:17
**rules** [2] - 43:22, 47:23
**ruling** [1] - 45:23
**rulings** [1] - 44:2
**run** [1] - 27:23
**running** [1] - 50:8
**runs** [2] - 28:7, 51:11
**Ryan** [1] - 35:14

## S

**s/Cathy** [1] - 53:11
**Saed** [4] - 5:6, 14:7, 15:16, 16:2
**safety** [1] - 35:4
**Samantha** [2] - 33:20, 41:12
**Sanchez** [1] - 33:16
**Saunders** [2] - 22:10, 37:17
**Saunders-Harris** [2] - 22:10, 37:17
**saw** [4] - 16:24, 40:11, 40:16, 52:7
**schedule** [1] - 29:13
**Schmit** [2] - 17:1, 36:8
**school** [3] - 33:25, 34:14, 34:15
**schoolteacher** [2] - 33:4, 36:10
**screens** [2] - 10:15, 10:16
**search** [1] - 48:11
**seasonal** [1] - 29:5
**seat** [3] - 3:8, 4:4, 9:21
**seated** [1] - 6:24
**seating** [1] - 6:24
**second** [2] - 12:16,

52:3
**security** [1] - 51:1
**see** [8] - 7:12, 8:1, 9:21, 10:17, 45:19, 50:14, 51:9, 52:11
**seeing** [1] - 10:12
**seem** [1] - 47:18
**SELECTED** [1] - 41:4
**selected** [4] - 7:6, 26:15, 41:8, 41:10
**SELECTED................**
**....................** [1] -
2:6
**self** [1] - 35:8
**self-employed** [1] -
35:8
**selling** [1] - 16:20
**sense** [1] - 4:17
**September** [1] - 28:16
**SEPTEMBER** [2] - 1:6, 3:3
**sequestration** [2] -
50:10, 50:17
**series** [1] - 5:1
**seriously** [1] - 47:16
**serve** [3] - 10:13, 27:18, 39:5
**served** [4] - 7:8, 11:1, 12:13, 13:14
**serves** [1] - 13:6
**Service** [1] - 33:8
**serving** [1] - 28:11
**set** [2] - 26:25, 29:25
**settle** [4] - 9:19, 19:21, 20:24, 51:18
**settled** [9] - 19:22, 20:7, 20:8, 22:12, 22:13, 22:17, 23:15, 25:5, 25:10
**several** [2] - 12:14, 22:10
**Sewell** [2] - 15:16, 16:3
**sex** [1] - 12:21
**shall** [5] - 3:25, 42:2, 46:14, 46:19, 47:22
**Sharon** [2] - 28:21, 34:18
**Sheila** [1] - 36:18
**Shell** [1] - 16:21
**ships** [1] - 38:23
**shop** [1] - 35:17
**short** [2] - 13:11, 42:8
**show** [3] - 42:11, 51:24, 52:2
**shown** [1] - 45:12
**shut** [1] - 9:7
**side** [1] - 15:25
**signal** [1] - 40:23

**significance** [1] -
42:17
**simplify** [1] - 45:11
**simultaneously** [1] -
38:22
**Singleton** [1] - 36:5
**sit** [7] - 4:1, 8:19, 26:15, 27:10, 30:6, 32:6, 50:20
**sites** [1] - 48:12
**sitting** [4] - 6:22, 14:7, 14:22, 26:8
**situated** [1] - 51:5
**situations** [1] - 22:11
**skip** [1] - 52:5
**Slidell** [1] - 36:14
**slowly** [2] - 15:13, 15:25
**slows** [1] - 51:2
**snack** [3] - 51:16, 51:17, 52:4
**Snapchat** [1] - 49:6
**Sodexho** [1] - 33:13
**solely** [6] - 5:23, 26:17, 26:24, 27:6, 48:4, 49:17
**solemnly** [2] - 3:24, 41:24
**someone** [2] - 18:11, 21:19
**sometime** [3] - 9:1, 9:8, 9:24
**sometimes** [5] - 5:9, 7:8, 9:17, 36:24, 51:2
**sorry** [4] - 13:24, 14:2, 20:4, 33:12
**sort** [4] - 9:20, 21:5, 31:11, 45:10
**sought** [1] - 19:12
**source** [1] - 48:15
**speaking** [3] - 7:18, 10:7, 38:22
**special** [1] - 34:25
**specific** [1] - 48:2
**speculation** [1] -
43:16
**spouse** [2] - 32:18, 33:9
**St** [5] - 12:15, 33:20, 33:21, 36:11, 38:3
**ST** [1] - 1:20
**Stacy** [1] - 38:4
**stand** [6] - 7:20, 13:18, 14:16, 30:12, 32:14, 41:11
**standing** [1] - 41:15
**start** [10] - 4:12, 11:5, 14:2, 27:14, 32:25, 40:19, 42:9, 50:24,

51:7, 51:9
**starting** [3] - 4:7, 48:5, 48:16
**starts** [1] - 9:7
**State** [1] - 53:4
**state** [4] - 7:8, 7:15, 11:3, 23:7
**statement** [4] - 42:14, 42:15, 42:21, 45:23
**statements** [3] - 42:15, 42:22, 46:10
**States** [4] - 17:14, 18:10, 53:5, 53:14
**STATES** [2] - 1:1, 1:13
**station** [1] - 4:25
**status** [1] - 17:15
**stay** [4] - 27:15, 28:1, 30:25, 32:5
**stellar** [1] - 11:19
**STENOGRAPHY** [1] - 1:25
**Steven** [1] - 15:15
**still** [1] - 42:6
**stop** [1] - 52:12
**stores** [1] - 16:21
**straight** [3] - 51:22, 51:25, 52:3
**straining** [1] - 8:1
**strangers** [1] - 47:7
**streamline** [1] - 45:10
**STREET** [1] - 1:22
**stricken** [3] - 6:25, 44:7, 44:9
**strike** [3] - 40:3, 40:12, 40:25
**strikes** [3] - 39:17, 39:20, 41:6
**student** [1] - 31:22
**studies** [3] - 31:21, 31:24, 31:25
**stuff** [2] - 30:21, 31:4
**substitute** [1] - 36:19
**sue** [2] - 19:19, 21:23
**sued** [7] - 20:7, 20:8, 21:19, 22:11, 22:12, 22:14
**suit** [9] - 22:16, 23:2, 23:3, 23:10, 24:12, 46:7, 46:16, 47:10
**SUITE** [1] - 1:20
**suits** [1] - 23:18
**supervision** [1] - 50:6
**supply** [1] - 4:24
**supposed** [1] - 28:12
**surgery** [2] - 29:16, 29:20
**surprised** [1] - 13:13
**Susan** [4] - 11:8, 33:24, 37:11, 41:13

**sustained** [3] - 44:4, 44:6, 44:9
**swear** [4] - 3:24, 41:19, 41:21, 41:24
**sworn** [2] - 6:8, 41:20
**sympathize** [1] - 18:16
**sympathy** [3] - 5:21, 27:5, 45:22

## T

**table** [2] - 40:18, 40:19
**Tammany** [1] - 12:15
**tax** [2] - 29:5, 34:18
**teacher** [1] - 36:19
**team** [1] - 38:11
**technician** [1] - 36:6
**technology** [1] - 49:2
**television** [1] - 49:15
**ten** [2] - 28:2, 28:8
**tend** [2] - 6:21, 9:18
**term** [1] - 43:19
**termination** [1] - 22:12
**terms** [1] - 35:15
**testifies** [1] - 43:19
**testify** [1] - 15:12
**testimony** [15] - 43:18, 44:3, 44:8, 44:13, 44:15, 44:17, 44:18, 44:23, 45:3, 45:6, 45:25, 46:4, 46:12, 46:13, 50:20
**text** [1] - 49:5
**THE** [196] - 1:12, 1:16, 1:19, 2:5, 3:7, 3:8, 3:10, 3:12, 3:14, 3:16, 3:17, 3:23, 4:4, 8:1, 8:5, 8:9, 8:14, 8:18, 8:23, 9:3, 9:10, 9:13, 9:18, 10:3, 10:25, 11:9, 11:12, 11:14, 11:17, 11:21, 12:1, 12:3, 12:8, 12:12, 12:16, 12:19, 12:23, 12:25, 13:3, 13:5, 13:24, 14:9, 14:23, 15:17, 16:4, 17:4, 17:6, 17:9, 17:22, 17:25, 18:4, 18:8, 18:14, 18:18, 18:23, 19:3, 19:21, 19:23, 20:1, 20:4, 20:8, 20:12, 20:16, 20:18, 20:21, 20:23, 21:1, 21:3, 21:5, 21:9, 21:15, 21:17, 21:20, 21:23, 22:1,
22:3, 22:5, 22:8, 22:15, 22:19, 22:21, 22:23, 22:25, 23:2, 23:4, 23:7, 23:10, 23:13, 23:15, 23:17, 23:22, 23:24, 24:3, 24:6, 24:8, 24:11, 24:14, 24:17, 24:20, 24:22, 24:25, 25:7, 25:10, 25:12, 25:14, 25:16, 25:18, 25:22, 25:24, 27:4, 28:3, 28:5, 28:7, 28:11, 29:1, 29:3, 29:6, 29:8, 29:11, 29:17, 29:21, 29:24, 30:2, 30:7, 30:9, 30:13, 30:22, 31:2, 31:5, 31:7, 31:11, 31:15, 31:18, 31:22, 31:24, 32:1, 32:4, 32:11, 33:5, 33:9, 33:11, 33:14, 33:18, 33:23, 34:3, 34:6, 34:9, 34:14, 34:17, 34:22, 35:2, 35:5, 35:10, 35:15, 35:19, 35:23, 36:2, 36:4, 36:7, 36:12, 36:17, 37:1, 37:6, 37:13, 37:15, 37:20, 37:24, 38:1, 38:5, 38:8, 38:14, 38:16, 38:21, 38:24, 39:13, 39:17, 39:19, 40:7, 40:11, 40:17, 40:20, 40:21, 40:23, 41:5, 41:20, 41:21, 41:23, 42:5, 50:14, 50:22, 51:16, 51:17, 51:21, 51:23, 51:25, 52:17
**themselves** [1] - 7:10
**therefore** [1] - 6:18
**thinking** [1] - 48:24
**THOMAS** [1] - 1:19
**Thomas** [1] - 13:21
**thorough** [1] - 10:21
**thoughts** [1] - 27:1
**three** [6] - 4:14, 13:13, 13:22, 23:18, 27:13, 28:24
**throughout** [1] - 48:6
**Thursday** [2] - 30:1, 30:2
**time-honored** [1] - 6:4
**timeline** [1] - 45:11
**TO** [1] - 3:4
**today** [6] - 4:9, 4:11, 7:10, 15:9, 42:8, 52:13

**together** [1] - 48:22
**Tom** [1] - 14:3
**Tomica** [2] - 23:23, 38:9
**tomorrow** [9] - 4:7, 4:12, 28:19, 42:11, 42:12, 50:17, 50:24, 51:22, 52:2
**tools** [2] - 48:12, 49:2
**touching** [1] - 3:25
**Tourism** [1] - 33:21
**track** [1] - 4:10
**Trade** [3] - 5:9, 5:10, 5:14
**trained** [1] - 47:6
**transactions** [4] - 5:2, 5:6, 5:14, 5:15
**TRANSCRIPT** [2] - 1:12, 1:25
**transcript** [1] - 53:7
**TRANSCRIPTION** [1] - 1:25
**transcripts** [1] - 44:16
**transportation** [1] - 27:17
**treatment** [4] - 17:17, 17:20, 18:6, 19:5
**trial** [33] - 4:7, 4:13, 5:23, 13:1, 13:11, 19:21, 20:23, 20:25, 21:1, 22:16, 22:18, 23:13, 26:17, 26:24, 42:10, 43:10, 43:11, 44:17, 44:21, 45:8, 45:10, 45:12, 46:14, 46:18, 46:19, 47:11, 48:6, 49:13, 49:15, 49:17, 50:19, 51:6
**TRIAL** [1] - 1:12
**tried** [3] - 5:18, 5:22, 26:9
**trouble** [3] - 9:4, 9:9, 39:24
**Troy** [2] - 7:22, 35:6
**true** [3] - 3:24, 41:25, 53:7
**truly** [1] - 41:24
**truth** [1] - 6:6
**truthful** [1] - 6:20
**truthfully** [1] - 46:9
**try** [3] - 9:23, 41:24, 48:14
**trying** [1] - 18:1
**turn** [1] - 24:23
**twice** [1] - 29:10
**Twitter** [1] - 49:6
**two** [1] - 35:13
**typically** [1] - 31:18

## U

**U.S** [2] - 34:1, 35:25
**unable** [7] - 4:9, 21:6, 22:6, 23:19, 25:19, 26:16, 27:18
**under** [1] - 50:5
**undertaken** [1] - 5:15
**unduly** [1] - 45:3
**Unfair** [3] - 5:9, 5:10, 5:13
**unfair** [1] - 11:18
**unique** [1] - 13:8
**United** [4] - 17:14, 18:10, 53:5, 53:14
**UNITED** [2] - 1:1, 1:13
**Universal** [1] - 33:13
**unwilling** [1] - 26:16
**up** [22] - 7:12, 8:2, 8:10, 10:9, 10:19, 13:5, 13:16, 19:3, 30:9, 30:12, 30:17, 37:4, 37:7, 39:14, 40:9, 42:11, 49:24, 49:25, 51:4, 51:8, 51:22, 52:3
**USDA** [1] - 36:2

## V

**Vacherie** [1] - 33:17
**valid** [1] - 5:15
**value** [3] - 46:3, 46:4, 46:12
**VAN** [1] - 1:12
**van** [2] - 4:5, 32:21
**VENIRE** [1] - 3:16
**venire** [2] - 3:22, 41:7
**VENIRE.................** [1] - 2:5
**verbal** [12] - 15:19, 15:23, 16:7, 16:13, 16:15, 16:18, 17:18, 19:7, 25:25, 26:14, 27:12, 39:7
**verdict** [14] - 5:23, 11:21, 19:24, 20:14, 21:3, 21:4, 26:16, 26:21, 26:23, 27:11, 42:1, 43:7, 48:6, 49:16
**VERSUS** [1] - 1:5
**versus** [2] - 3:11, 18:18
**view** [2] - 13:1, 49:14
**VINCENT** [1] - 1:16
**violate** [1] - 5:16
**violated** [2] - 5:8,

47:23
**violation** [2] - 5:13,
49:11
**visual** [1] - 45:11
**VOICES** [4] - 4:3,
27:3, 42:3, 52:16
**VOIR** [2] - 2:5, 3:16
**voir** [3] - 3:20, 6:3, 7:9
**vote** [2] - 12:23, 41:9

## W

**WAGNER** [1] - 1:8
**Wagner** [2] - 13:23,
14:5
**Wagners** [10] - 3:11,
4:21, 4:23, 4:25, 5:1,
5:3, 5:4, 5:5, 5:12,
17:7
**WAGNERS** [1] - 1:7
**walls** [2] - 37:14, 48:4
**Walmart** [1] - 35:21
**Walter** [2] - 38:11,
38:13
**web** [1] - 48:12
**Wednesday** [1] -
28:20
**week** [5] - 28:1, 29:16,
29:20, 29:23, 31:19
**weighing** [1] - 18:14
**weight** [4] - 45:5, 46:3,
46:4, 46:12
**welcome** [1] - 25:23
**welder** [1] - 35:22
**well-oiled** [1] - 51:11
**whatsoever** [4] - 16:6,
16:16, 46:16, 46:20
**WHEREUPON** [6] -
18:25, 30:18, 32:8,
39:11, 41:2, 52:18
**whole** [2] - 6:6, 28:1
**wife** [3] - 36:10, 37:24,
38:4
**Williams** [3] - 30:5,
30:7, 34:12
**willing** [1] - 27:4
**win** [1] - 22:3
**wish** [4] - 7:12, 10:5,
42:20, 50:10
**witness** [11] - 26:2,
26:4, 43:19, 46:5,
46:6, 46:7, 46:8,
46:12, 46:13
**witnesses** [18] -
10:13, 15:12, 15:14,
15:18, 15:22, 16:1,
17:13, 42:25, 43:18,
44:13, 44:15, 46:17,
46:25, 47:1, 47:10,

50:11, 50:15, 50:17
**witnesses'** [1] - 46:10
**woke** [1] - 13:5
**won** [4] - 21:4, 22:13,
22:14, 22:25
**WOODLAWN** [1] -
1:17
**words** [4] - 7:24, 8:6,
16:20, 48:10
**works** [4] - 33:12,
33:16, 36:21, 38:7
**WORLD** [1] - 1:8
**world** [1] - 32:3
**worried** [1] - 31:1
**wreck** [1] - 20:3
**write** [1] - 28:17
**writing** [2] - 7:18, 10:6
**wrongful** [2] - 22:11,
23:18
**wrote** [1] - 49:7

## Y

**years** [8] - 12:6, 12:14,
17:2, 19:20, 20:6,
21:14, 23:6, 36:15
**yourself** [4] - 32:15,
44:1, 46:23, 48:25
**YouTube** [1] - 49:7

## À

**à** [1] - 35:7